Anthony Nesbit
295 Hwy 149 South
Tutwiler, MS 38963
Plaintiff pro se

ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 06 2005

at 11 o'clock and 45 min. A.M.
SUE BEITIA, CLERK

# In the United States District Court
## For the District of Hawaii

| | |
|---|---|
| Anthony Nesbit<br>Plaintiff<br>vs.<br>Dept of Public Safety<br>State of Hawaii, et. al<br>Defendants | Civ. No. 03-00455 SOM-KSC<br>Consolidated<br><br>Plaintiffs Resubmit Request for Appointment of Counsel |
| William J. Kotis<br>Plaintiff<br>vs.<br>Dept of Public Safety<br>State of Hawaii et. al<br>Defendants | Civ. No. 04-00167 DAE-LEK<br>Consolidated |

## Plaintiffs Resubmit Request for Appointment of Counsel

Comes Now Plaintiffs Anthony Nesbit and William J. Kotis pro se and in forma pauperis respectfully request Court appointed Counsel due to the complexity and confidential information and evidence requested from defendants for use in this case.

Plaintiffs do not have the legal knowledge or experience in litigation for a case like this, plaintiffs understand it is up to the Honorable Court discreation for appointment and plaintiffs have no right to appointment of Counsel However under the circumstances here appointment maybe appropriate.

Respectfully Submitted

Date November 28th 2005

Anthony Nesbit
Plaintiff pro se

Declaration of Anthony Nesbit

The Undersigned here Anthony Nesbit Declares under the penalty of law the forgoing is true and correct and based upon personal knowledge.

Anthony Nesbit has tryed for the last 2 years to get counsel for this consolidated case sending information packages to the ACLU of Hawaii also to Eric Sietz, Paul Cuney, Mr. Fenton all of these practicing Law Attorneys never responded only the ACLU of Hawaii responded and said due to work over load they would not be able to take the case.

Plaintiffs have tryed to obtain counsel on there own without success.

Respectfully Submitted

Anthony Nesbit
Plaintiff pro se

Date November 28th 2005

In the United States District Court
For the District of Hawaii

| | |
|---|---|
| Anthony Nesbit<br>Plaintiff<br>vs.<br>Dept of Public Safety<br>State of Hawaii, et al<br>Defendants | Civ. No. 03-00455 SOM-KSC<br>Consolidated<br><br>Certificate of Service |
| William J. Kotis<br>Plaintiff<br>vs.<br>Dept of Public Safety<br>State of Hawaii, et al.<br>Defendants | Civ. No. 04-00167 SOM-KSC<br>Consolidated |

## Certificate of Service

The Undersigned hereby Certifies that a copy of the foregoing document was served on the following at his/her last known address via U.S. Mail postage prepaid as follows.

Dept of Attorney General
John M. Cregor Jr.
425 Queen Street
Honolulu, Hawaii 96813
Attorney for Defendants

Date November 28th 2005

Anthony Nesbit
Plaintiff pro se