ANTHONY NESBIT - KO1A KA173
T.C.C.F. #
295 Hwy 49 South
Tutwiler, MS 38963
Plaintiffs pro se

CC Copy PSA

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 03 2006

at 11 o'clock and 02 min. AM
SUE BEITIA, CLERK

In the United States District Court
For the District of Hawaii

| Anthony Nesbit<br>Plaintiff<br><br>vs.<br><br>Dept. of Public Safety,<br>State of Hawaii et. al.<br>Defendants | Civ. No. 03-00455 SOM-KSC<br>Consolidated<br><br>Plaintiffs Motion for time enlargement for responding to Defendants Motion for Summary Judgement. |
|---|---|
| William Kotis<br>Plaintiff<br><br>vs.<br><br>State of Hawaii Dept. of Public Safety, et. al<br>Defendants | Civ. No. 04-00167 SOM-KSC<br>Consolidated |

Plaintiffs Motion for Time Enlargement for responding to Defendants Motion for Summary Judgement.

Comes Now Plaintiffs Anthony Nesbit and William Kotis pro se in forma pauperis to request from this Honorable Court to allow Plaintiffs enough time to adequate respond and Oppose Defendants Motion for Summary Judgement filed December 2, 2005. Plaintiffs have been granted in part Motion to Compel and are waiting to recieve documents and interrogatories; this evidence is also important in responding to defendants Motion for Summary Judgement as well as extra time to study this and litigate properly. Plaintiffs have also filed a Motion for Counsel as plaintiffs do not have the legal knowledge to adequately litigate a case as complex and confidential as this one. Plaintiffs wish to have more time, to respond but will respond much sooner if Plaintiffs recieve discovery materials early or in the alternative plaintiffs can respond in 2 parts sending their first opposition to defendants Motion for Summary Judgement then when Plaintiffs recieve

page 1 of 2

the discovery Materials as Ordered then plaintiffs will send the 2nd part final part in plaintiffs Opposition as soon as possible.

It may also be in the Best interest if the Court agrees that the trial date be reset as discovery has come close to the trial date as well as plaintiffs Motion for Counsel.

Plaintiffs have presented a lot of evidence (exhibits) in through out their pleadings as well as many arguements through out their pleadings in Opposition to defendants motion to dismiss and in Support of their Claims.

Plaintiffs do have valid arguements and evidence to oppose Defendants Declaration filed Dec 2, 2005 and wish to do this in their first response and Opposition to Defendants Motion for summary Judgement Plaintiffs second part response will include Discovery Materials as well as arguements and cited case law. the Discovery Material Ordered Dec 7, 2005 may take a bit longer for defendants to produce actually we do not know how long this will take But when plaintiffs recieve it they will respond as quickly as possible ~~~~~~~~ or in the alternative what ever the Honorable Court deems reasonable. also Plaintiffs filed a Motion in limine august 12th 2005 a hearing date for this has not been set. Plaintiffs have never acted as pro se litigators before Plaintiffs do not know how to prepare for trial or know how to write pretrial statment Briefs, Voir Dire issues or present there Evidence Plaintiff pray that this will Be Considered in decideing Counsol. Plaintiffs are surprised to have come this far having very little legal knowledge, plaintiffs believe strict Scrutiny applies here because issues implicate Equal protection laws. Respectfully Submitted

December 26th 2005

Anthony Nesbit
Plaintiff pro se

page 2 of 2

Additional Information

Due to the Holidays the Law Library has stopped all photo copies until after Jan 1st 2006

Plaintiff also request additional time to enter evidence such as documents and interrogatorys the time for this ends Jan 17, 2006

Also time extensions for the following

pretrial statement
witnesses
proposed Exhibits
Depositions
Trial Briefs

Plaintiff do not know when discovery order material will be provided by defendants as defendants have resisted discovery from the beginning But now it is Ordered.

Time extensions are necessary Considering all the Circumstances.

Respectfully Submitted

Date Dec 26, ~~2006~~ 2005

Anthony Nesbit
Plaintiff pro se

In the United States District Court
For the District of Hawaii

| | |
|---|---|
| Anthony Nesbit<br>Plaintiff<br>vs.<br>State of Hawaii<br>Dept of Public Safety<br>et al<br>Defendants | Civ. No. 03-00455 SOM-KSC<br>Consolidated<br><br>Certificate of Service |
| William J. Kotis<br>Plaintiff<br>vs.<br>State of Hawaii<br>Dept of Public Safety<br>et al<br>Defendants | Civ. No. 04-00167 SOM-KSC<br>Consolidated |

## Certificate of Service

The Undersigned hereby Certifies that a copy of the foregoing documents was served on the following at his/her last known address via U.S. Mail postage prepaid as follows

Dept of Attorney General
John M. Cregor
425 Queen Street
Honolulu, Hawaii
Attorney for defendants

Dec 26th 2005

Anthony Nesbit
Plaintiff prose