# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/4/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CV03-00455SOM-KSC
CV04-00167SOM-KSC
(CONSOLIDATED)

CASE NAME: Anthony Nesbit vs. Department of Public Safety, et al.
William J. Kotis vs. Department of Public Safety, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE: Kevin S. C. Chang            REPORTER:

DATE: 1/4/2006                      TIME:

COURT ACTION: EO: New trial date and other deadlines given. Third Amended Rule 16 Scheduling Conference Order to be issued.

1. Jury trial on May 23, 2006 at 9:00 a.m. before SOM
2. Final Pretrial Conference on April 11, 2006 at 9:00 a.m. before KSC
3. Final Pretrial Conference before District Judge N/A
4. Final Pretrial Statement by April 4, 2006
5. File motions to Join/Add Parties/Amend Pleadings by **(CLOSED)**
6. File other Non-Dispositive Motions by **(CLOSED)**
7. File Dispositive Motions by **(CLOSED)**
8a. File Motions in Limine by May 2, 2006
8b. File opposition memo to a Motion in Limine by May 9, 2006
11a. Plaintiff's Expert Witness Disclosures by **(CLOSED)**
11b. Defendant's Expert Witness Disclosures by **(CLOSED)**
12. Discovery deadline **(CLOSED)**
13. Settlement Conference set (on call)
14. Settlement Conference statements by
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and

G:\docs\snm\Anthony Nesbit4,sa.wpd

|  |  |
|---|---|
|  | Jury Instructions by May 9, 2006 |
| 21. | File Final witness list by May 2, 2006 |
| 24. | Exchange Exhibit and Demonstrative aids by April 25, 2006 |
| 25. | Stipulations re: Authenticity/Admissibility of Proposed Exhibits by May 2, 2006 |
| 26. | File objections to the Exhibits by May 9, 2006 |
| 28a. | File Deposition Excerpt Designations by May 2, 2006 |
| 28b. | File Deposition Counter Designations and Objections by May 9, 2006 |
| 29. | File Trial Brief by May 9, 2006 |
| 30. | File Findings of Fact & Conclusions of Law by N/A |

Other Matters:
None.

Submitted by: Shari Afuso, Courtroom Manager

CV03-00455SOM-KSC
CV04-00167SOM-KSC
(CONSOLIDATED)
Anthony Nesbit vs. Department of Public Safety, et al.
William J. Kotis vs. Department of Public Safety, et al.
Third Amended Rule 16 Scheduling Conference Order
1/4/2006

G:\docs\snm\Anthony Nesbit4,sa.wpd