IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ANTHONY NESBIT, ) | ) | CIVIL NO. 03-00455 SOM/KSC |
| ) | (Consolidated) |
| Plaintiff, ) | |
| ) | ORDER GRANTING MOTION FOR |
| vs. ) | ENLARGEMENT OF TIME AND |
| ) | RESETTING DATES |
| STATE OF HAWAII DEPARTMENT OF ) | |
| PUBLIC SAFETY, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |
| WILLIAM J. KOTIS, ) | CIVIL NO. 04-00167 SOM/KSC |
| ) | (Consolidated) |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| STATE OF HAWAII DEPARTMENT OF ) | |
| PUBLIC SAFETY, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME AND RESETTING DATES**

Plaintiffs move for an enlargement of time within which to file an Opposition to Defendants' Motion for Summary Judgment. Plaintiffs also seek a continuation of the trial date, a date for their Motion in Limine, and extensions of time to submit pretrial statements, exhibits, depositions, and trial briefs.[1]  For good cause shown, Plaintiffs' Motion and requested extensions of other deadlines is GRANTED.

---

[1] Plaintiffs state that they "have also filed a Motion for Counsel."  The court notes that Plaintiffs' most recent Motion for Appointment of Counsel was filed on December 6, 2005 (Docket No. 149), and denied on December 8, 2005 (Docket No. 152), in an order amended on December 14, 2005 (Docket No. 156).

The hearing on Defendants' Motion for Summary Judgment is continued to **March 6, 2006, at 9:45 a.m.** Plaintiff's Opposition shall be filed and served no later than **February 16, 2006.** Plaintiffs' request to submit two separate Oppositions to the Motion is DENIED. Plaintiffs are notified that they must comply with the Local Rules of Practice for the United States District Court for the District of Hawaii, LR7.5 when they submit their Opposition.

Plaintiffs' Motion in Limine will be heard on **May 12, 2006, at 1:30 p.m..** Trial is continued to **May 23, 2006.**

A revised Rule 16 scheduling order will be issued, resetting deadlines for pretrial statements, exhibits, depositions, and trial briefs. All other deadlines that have passed remain closed.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, January 4, 2006.

/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

NESBIT v. DEP'T OF PUBLIC SAFETY, et al., CIV. NO. 03-00455 SOM/KSC; KOTIS v. DEP'T OF PUBLIC SAFETY, et al., CIV. NO. 04-00167 SOM/KSC(consolidated cases); ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME AND RESETTING DATES; dmp\Non-disp Ords 06\Nesbit&Kotis chg dates (trial, MSJ, disc)