# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/17/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00157SOM-BMK |
| CASE NAME: | Anthony Nesbit vs. HCF Dental Dept., et al. |
| ATTYS FOR PLA: | Anthony Nesbit (by phone) |
| ATTYS FOR DEFT: | John Cregor, Jr. <br> Tom Read |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Sharon Ross |
| DATE: | 1/17/2006 | TIME: | 11:15 - 11:30 |

COURT ACTION:  EP: Defendants' Motion for Leave to File Motion for Reconsideration -

No opposition.

Defendants' Motion for Leave to File Motion for Reconsideration - Granted.

No written order will be prepared.

Defendants to file the motion for reconsideration by 1/18/06 and it will be set for hearing on 2/13/06 @ 10:30 a.m. SOM.

Plaintiff Anthony Nesbit's REPLY and Opposition to Defendants motion for reconsideration that was filed on 12/6/05 will be deemed to apply to defendant's motion for reconsideration that will be filed.

Plaintiff may file a supplemental opposition by 1/24/06.

Any reply to be filed 11 days before the hearing.

Jury Selection/Trial set for 2/14/06 @ 9:00 a.m SOM is continued to 6/6/06 @ 9:00 a.m. SOM - no opposition.

All deadlines that have past remain in effect.

Magistrate Kurren's CRM to send out new dates and deadlines.

**Re: CV 003-00455SOM-KSC** -

Jury Selection/Trial set for 5/23/06 @ 9:00 a.m. SOM is continued to 6/6/06 @ 9:00 a.m.

Magistrate Kurren's CRM to send out new dates and deadlines.

Magistrate's Kurren's conference that is set for 1/17/06 @ 12:00 p.m. is vacated in light of the continuance.

Submitted by: Toni Fujinaga, Courtroom Manager.