# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/18/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:    CV 03-00455SOM-KSC
                                 CV 04-00167SOM-KSC

CASE NAME:       Anthony Nesbit vs.  State of Hawaii, et al.
                           William Kotis vs.  State of Hawaii, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:    Susan Oki Mollway         REPORTER:

DATE:    1/18/2006                   TIME:

COURT ACTION:  EO:

Plaintiff's Motion in Limine set for 5/12/06 @ 1:30 p.m. SOM is deemed withdrawn and will be considered by the court before the new trial only if plaintiff submits a new notice of hearing of that motion. Only a new notice of hearing is necessary; plaintiff need not refile the actual motion, memo, exhibits, etc.

cc: all counsel of record.

Submitted by: Toni Fujinaga, Courtroom Manager.