Anthony Nesbit
T.C.F.
2695 Hwy 49 South
Tutwiler, MS 38963

ORIGINAL

# In the United States District Court
## For the District of Hawaii

| | |
|---|---|
| Anthony Nesbit<br>Plaintiff<br><br>vs.<br><br>State of Hawaii Dept<br>of Public Safety, et al,<br>Defendants | CV 03-00455  SOM-KSC<br>(Consolidated)<br><br>Plaintiffs request leave of Court to supplement their concise statement of facts. |
| William J. Kotis<br>Plaintiff<br><br>vs.<br><br>State of Hawaii Dept<br>of Public Safety, et al,<br>Defendants | CV 04-00167  SOM-KSC<br>(Consolidated) |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 17 2006

at 4 o'clock and 25 min. PM Jr
SUE BEITIA, CLERK

Comes Now Plaintiffs Anthony Nesbit and William Kotis pro se and informa pauperis to request from this Honorable Court to be able to add new Genuine issues of Material Fact (New Evidence) and add this to Plaintiffs Concise statement of facts and this New evidence will be filed with this Honorable Court no later than February 16, 2006.

The New Evidence will only be added to the Concise statement of facts and will comply with the rules for Concise statement of facts.

Plaintiff Anthony Nesbit recieved information that he could be transferred to another prison facility at any time, mailed Plaintiffs Opposition Jan 9, 2006. The reason for this is that a inmate must mail all legal material and personal items he has accumulated home or they will be destroyed. Also upon entering a new prison facility legal papers that are considered in excess and personal items in excess are confiscated and held until they are either approved or mailed home. This could and would leave Plaintiff with nothing to work with.

page 1 of 2

2

Plaintiff having experienced this before understood that all his legal papers would and could be confiscated this includes legal materials used for reference prior pleadings, defendants motions and pleadings, case law copies, pens, pencils, erasers, and all this on a moments notice would be required to be mailed home or face being thrown away as trash. This is done for security reasons, from sending prison facility and receiving prison facility when transfers occur.

Plaintiff Anthony Nesbit understood this would and could extremely limit his ability to adequately litigate. Plaintiff then put together in a hurry plaintiffs Opposition and concise statement of facts and mailed this January 8th 2006.

Plaintiff is trying to explain to the Honorable Court some of the unforeseen and foreseeable problems plaintiffs and pro se inmates face. Plaintiff is still waiting for defendants Ordered discovery Materials and it is this new discovery material plaintiffs wish to add only to their Concise statement of facts as of yet this discovery material has not been received by plaintiffs.

Plaintiffs understand their inadequacy in litigation and have tryed to obtain counsel without success. Plaintiff Anthony Nesbit has a school record that shows he completed the 6th grade only, plaintiff did attend 7th grade but never completed this. Plaintiff Anthony Nesbit is the only plaintiff in this consolidated complaint actively and vigorously litigating plaintiffs complaint. Plaintiffs pray the Honorable Court will take all this into consideration. Plaintiffs believe their complaint has merit and involves important issues.

Respectfully Submitted

Date January 10th 2006

Anthony Nesbit
Plaintiff pro se

page 2 of 2

In the United States District Court
For the District of Hawaii

| | |
|---|---|
| Anthony Nesbit<br>Plaintiff<br>vs.<br>State of Hawaii Dept<br>of Public Safety, et al<br>Defendants | Civ. No. 03-00455 SOM-KSC<br>(Consolidated)<br><br>Certificate of Service |
| William J. Kotis<br>Plaintiff<br>vs.<br>State of Hawaii Dept<br>of Public Safety, et al<br>Defendants | Civil No. 04-00167 SOM-KSC<br>(Consolidated) |

Certificate of Service

Plaintiffs declare that a foregoing true and correct copies of document herein was sent to Defendants last known address via U.S. Mail postage prepaid

Dept of Attorney General
John M. Cregor
425 Queen Street
Honolulu, Hawaii 96813
Attorney for Defendants

Date January 10th 2006

Anthony Nisbet
Plaintiff prose