B

# Declaration

I Pete Faumuina Declare under the Penalty of Law that the Foregoing is true and correct. I am 31 years old and incarcerated at HCF. On (Nov. 26, 03) I was housed with seperated concentrated gang members of a single gang about 30 or more of them.

Because of this I was in fear and out of fear and intimidation by prison gang members I was coerced into joining that particular prison gang.

Because I later did not live up to the prison gang expectation I was brutally beaten, and Halawa correctional facility has pictures and medical reports at HCF Medical unit.

This is a evil housing practice and needs to be exposed for what it is. Presently due to theats on my life and fear of retailiation I am in Protective Custody. I write this in support of Mr. Nesbit complaint 03-00455.

Respectfully Submitted

Pete Faumuina A0759954

/s/ Faumuina

04/09/04

104905

**STATE OF HAWAII - DEPARTMENT OF PUBLIC SAFETY**
**INMATE COMPLAINT/GRIEVANCE**

4/12 4.8.04 DATE RECEIVED

(THIS CONTROL NO. MUST ACCOMPANY ALL APPEALS)

NAME: PeLe Faumuina          SSN: 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
HOUSING ASSIGNMENT: HSNF B-2 MA   CONTROL NO.: 104905
TO: (STEP) 1. ✓ Section Supervisor/Inmate Grievance Specialist   SID: A0759954
           2. ___ Appeal Branch/Core Program Administrator/Inmate Grievance Specialist
           3. ___ Appeal Institutions/Core Program Division Administrator/Inmate Grievance Specialist

I attempted to solve this problem through informal discussion/resolution by contacting:
NAME: Edwin Shimoda (IDA)          DATE: 4/8/04
RESPONSE: His decision is Final / You are appropriately housed
RE: Complaint/Grievance Against: Housing Practice of placing a Non-Gang Member in with "Separatee issue" Seperated Gang Members of a single gang

STATEMENT OF COMPLAINT/GRIEVANCE: (attach additional sheets as necessary)

Edwin Shimoda (IDA) Tacit Authorization and Aquiescence of a Unconstitutional Policy and Practice that he Refuses to acknowledge or abate shows his personal participation in this unlawful practice, custom, policy that was formulated and implemented by his subordinates.

The Housing Practice of placing a "Non-Gang" Member in with "Separatee issue" Concentrated Violent Gang Members of a Single gang demonstrates Reckless indifference and deliberate indifference to a known Hazard and known danger.

For Over 3 years now this Practice has been Utilized by Edwin Shimoda (IDA) his Subordinates and he has Power and Authority to take Reasonable Measures to abate this hazardous Practice but does not.

COMPLAINT/GRIEVANCE WOULD BE SOLVED TO MY SATISFACTION IF:
Seperate Non gang Members from "Separatee issue" Seperated gang Members for the Safety and protection of Non-gang members.

INMATE SIGNATURE: [signed] Faumuina   DATE: 4/8/04

RESOLUTION: (attach additional sheets as necessary)

Unfortunately I am unable to process this grievance based on the person you are grieving. In accordance with Policy and Procedure 493.12.03.4.16x and 4.16a, the decision of the Division Administrator is final and the ultimate recourse available to inmates in the administrative remedy process. Mr. Shimoda is the Institutional Division Administrator and you may not use the department's grievance system to file an administrative complaint against him.

Grievance denied.

SIGNATURE OF RESPONDENT: Linda Rivera   TITLE: HCF/IGS   DATE: 04/12/04

INMATE ACKNOWLEDGED: [signed]   DATE: ___

WHITE/file        CANARY/inmate answer        PINK/respondent        GOLD/inmate receipt        DOC 8215 (rev. 3/97)

No. 104905
Control No.

(THIS NO. MUST ACCOMPANY
ALL APPEALS)

STATE OF HAWAII - CORRECTIONS
INMATE COMPLAINT/GRIEVANCE

Page 2 of 2

## ADDENDUM

Edwin Shimoda (IDA) all his response to complaints and confidential letters evade the main issue of what I have described he is being diliberately ignorant to the main issue of this hazardous housing practice see answers to other similar grievances.

The point is he is aware of the consequences of this danger he is aware and has actual and constructive knowledge of the many beatings and suffering it has caused on (Non gang prisoners) and still continues to tacitly authroize this dangerous housing practice this demonstrates a callous indifference to the Brutality I suffered because of this practice, custom, policy.

I was beaten at the hands of seperated concentrated gang members and have documented proof of the injuries, and these injuries are in my medical file with pictures. I was forced into gang membership due to this unconstitutional practice, and because of this practice a future risk of harm was created. I am at risk of retailiation by the gang I was forced to join, and this threat to my life will be with me for the duration of my prison sentence and maybe longer.

The State of Hawaii Dept of Public Safety is responsible for not supervising and not training Edwin Shimoda in prison gang management and control or provide safeguards, Edwin Shimoda tacitly authorization of this know hazardous housing practice and its continued existance, I demand that this housing practice stop and begin now to seperate and keep seperated Non-gang, Non affiliate, Non gang participant, completely seperated from "Separatee issue" Concentrated Seperated gang members of a single gang.

*[signature]*

DOC 8215A (7/90)    WHITE/File    CANARY/Inmate Answer    PINK/Respondent    GOLD/Inmate Receipt

To: THE JUDGE:

1. Page # MY DECLaiaTIONY. MR. JosepH KameKona WilLiaMS:
SSN: 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: KAPELA. JR.
SID: A0211924:
DOB: 6-27-1955: Exhibit A-5
AGE: 48:

EXCiBaeD I HAVE A 20 years Sentence:
#1  I HAVE BeeN INSiDE oF Halawa CorrectionaL Facility,
PRISON FOR 16 yeaRs, AND I HAVE SEE ALL THINGs
INSIDE oF PRISON... LIKE THE THREE Gang's
THAT ARE RUNING MORE OF THE PRISON!! AND
I SeeING WHEN THE THREE BIG Gang's WAS
STARTIT IN HCF, AND IN THE YEAR 2000,
THE ADMINISTRATION oF HCF, DiD SeparaTIT
THE Gang's FOR THERE SaFeTY? BuT WHAT ABouT
THE INMATES THAT ARE JusT COME IN To
HALAWA CorrectionaL FaciliTY, HCF!!

XCiBaeD THEY DONT KNOW NOthing ABouT Gangs, BuT
#2  THE NEW INMATES, & THE OLD INMATES ARE Force
To Join THE Gangs INSIDE THE Modules, &Quads!
OR IF THEY DONT Join THE Gangs... THEY ARE
HuRT, OR ALL MosT KILL By THE Gangs By THEM
MOBING THEM IN THE Quad's, or Module's,!!
OR THEY ARE STRONG ARM To Giving ALL THERE
THING LIKE STORE ORDERS, SHOES & MONEYS
& GYM SHORTS, & SWEAT SHIRTS, & GoLD CHAINS, &
GoLD Corss's, & ALL OTHER THINGS!!

XCiBaeD BecaUSe THE ADMINISTRATION OF HCF, THEY
#3  LET THE Gangs Be SeparaTIT? BuT HCF LETs
THE Regular INMaTES House's WITH Gangs!
WHAT ABouT SeparaTIT Regular INMATES
FOR THERE SaFeTY FROM Gang's, & THEY
THE Regular INMaTE's SHould BE Houses
WITH REGuLaR INMaTE's FOR THERE
SaFeTY!!

2. Page # MY DECLAIATIONY, MR. JOSEPH KAMEKONA WILLIAMS:
KAPELA, JR.

**XCiBaeD #4** TO THE MOST OF MY TIME IN 16 years, I Have SEEING OTHER Regular INMATES get HURT OR ALMOST KILL!! AND THEY MOB A INMATE NICK NAME STAR... AND I WAS MOB By ONE OF THE BIG Gangs, AND I PROTECTIVE MY SaIF THE ADMINISTRATION, Said JUST LIVE WITH THE Gangs! IT IS A BIG VIOLATION OF MY CIVIL RIGHTS, & OTHER Regular INMATES ARE BEING VIOLATED By Gangs, & THE ADMINISTRATION OF HCF Facility!! KNOWS! SO THE OTHER Regular INMATES Have a RIGHT. To Be Safe Too!! AND ALL THE NEW INMATES AND ALL THE OLD INMATES, Become PART of ANY BIG Gangs THEY GO HOME OUTSIDE & MAY Move By YOUR FAMILYS, OR LOVE ONES!!

**XCiBaeD #5** MOST OF THE OLD TIMER, DID NOT MAKE NO Gangs DURING THE 1980's & THE 1990's All To 1994!! THERE WAS NO Gangs,! BUT THEN IN 1995, THE FIRST BIG Gang,! THEN OTHERS IN 1999, & 2000, ALL KINDS OF BIG Gangs NOW!! SO JUDGE BEFORE THE BIG Gangs come ALL OVER THE Islands of Hawaii STop THEM By DOING SOME THING WITH THE LAWS, & DOING SOMETHING By STopING WRONGS OF THE ADMINISTRATION OF HCF.!!

To: THE JUDGE:
MY DECLAIATIONY, MR. JOSEPH KAMEKONA WILLIAMS:
KAPELA, JR.

BY LAW, I WROTE THE TRUE TO THE LAW OF THE PENALTY OF PERTURIETY IT IS TO THE BEST OF MY KNOWLEDGER...

X MR. Joseph KameKona Williams: Kapela, JR.
SIGN!:

# Declaration

My name is Daniel Mahaulu and presently I am in protective custody at Halawa Corr. Facility. I declare under the penalty of law that the foregoing is true and correct to the best of my knowledge.

Currently there are three (3) different prison gangs in the prison system. The Administration seperates the rival gangs so that they do not hurt or kill each other. Non-gang members such as myself are not seperated from these gang members but are actually housed in general population with these gang members. At times there could be anywhere from 15 to 20 gang members in one Quad alone, mixed with non-gang members. This puts inmates such as myself in a difficult and sometimes violent situation. I myself was threatened and mobbed by gang members because of this housing practice which is in violation of my rights to safe custody.

I feel that the prison is at fault because they know about this problem and of other non-gang members who were beaten because of this housing situation and personally I know that alot of inmates who are not directly involved with this gang trip hurt badly because of this.

Sincerely,

[signature]

April 25, 2004                                   A1009297

Declaration of EVAN MARCUS A0138669

April 1, 2004

I am a non-violent offender incarcerated in Halawa Prison for Theft II. The following are some events that have happened to me.

About a week before I was sentenced to Halawa Prison on August 4, 2003, I was incarcerated at Oahu Community Correctional Center in Module 3 due to severe depression I suffer from. At about that time I asked to see the psych social worker "Gordon". I explained to him I was having trouble with another inmate (being threatened), and was feeling depressed. He sent me to the Mental Health Module 4 and put me on theraputic lock-down. About a week later I was sentenced to an open 5 year term and sent to Halawa Prison on August 7, 2003. Upon arrival I was interviewed by a social worker (name unknown at this time), and I proceeded to explain to him that the reason, or apparent reason I was on theraputic lock-down at OCCC was a result of me being threatened by another inmate. I told him I wanted to be put in protective custody here at Halawa. He told me I shouldn't do that because there's no programs in "P.C.", and that I will have to "give up some names" for P.C.. I told him I have severe depression at times, so after the interview I was sent to the Mental Health Module at the Halawa Special Needs Facility (HSNF). After 2½ months and getting attacked and beaten by a gang member in that module, and after another incident with

another inmate in there, I was put on theraputic lock down for 1 day and then send to Module 2, Block A, Quad #4 in the Medium (HCF). Well, from the moment I stepped into that "Quad" it was nothing short of a Hollywood Movie!

I'm a straight looking caucasion. The moment I entered it was full of all very tan complexion, full of tattoo's, very large men that were not very happy to see me! I immediatly froze. As these guys, which I later learned are part of a bigger prison gang "USO", started asking me all sorts of prison related questions. All I could think about at that moment was "These guys are going to fuck me up!" "Who the hell made the decision to put me in this module"!!! I felt I was set up!

I had no answers for there prison questions and that just seem to make them more aggrevated! As soon as I made it into my assigned cell one of the gang members came to the doorway and made a threatening Gesger that I didn't understand, other than he was giving me a very mean look! I was scared stiff!!! I probably wasn't in there for more than 2 minutes and it looked like he was going to kick the crap out of me! I walked out of the cell real quick, right past him, into the open area so the guards could maybe witness any attack on me. After about 3 or 4 more days in their and a lot of challenges to fight me, they seem to have gotten word that I was beaten up by one of their fellow gang members when I was in the "High" (HSNF). Now the

(3)

The tension was about to get worse, as if it wasn't bad enough already! They wanted to know about what happened in the "HIGH". Was I pressing charges, am I a "RAT". This was getting out of control. I had letters and other papers from the prosecutor's office regarding the incident and prosecution! This, in a ~~Halof~~ quad that seemed to me that ~~everyone~~ on everyone's body had the tattoo "USO". This is a prison gang! I am not a gang member what-so-ever! In-fact I was still new to the prison and apparently was suppose to be in the "RAD UNIT" for newcomers to slowly get aquainted with the prison life.

That incident was to much! It put me in an even more severe depression. They were taking my food from me at "chow" time, I couldn't eat even if I wanted to! Finally after about 6 days they finally put me in protective custody, that is, after 43 days in solitary confinement, (I guess for complaining!), protective custody, were I should of been in the first place, on August 7, 2003!

I declare under penalty of law that the foregoing is true and correct.
Dated: Honolulu, Hawaii, April 1, 2004

Evan Marcus
Declarer   A0386069
HSNF  B-1

## Declaration

I William S. Aholelei, declare under the penalty of Law that the foregoing is true and correct.

On Oct 3rd 2003, I was brutally beaten by seperated concentrated gang members of a single gang.

This brutal beating resulted in critical injuries and put me in a coma for 6 days approximately. I now have permanent injuries because of this attacked on my life.

Prison gang members are seperated from rival gang for the safety and protection of these violent gang members, but "non gang members" like me are not afforded the same safety and protection measures as these violent prison gangs receive.

This housing practice allows seperated prison gang access to Non-gang, Non affiliate, Non gang participant, whom they victimize and this must stop. This declaration is in support of Mr. Nesbits complain CIV-03-00455. My medical injuries reports are on records at Halawa correctional facility, medical unit file also at Queens hospital and also contained in police Report, all 7 gang members have been found Guilty of attempted murder on my life by Halawa prison displinary committee and are pending trial in state court for attempted murder charges.

Respectfully Submitted

4-9-04    Viliami S. Aholelei A0146949

Viliami S. Aholelei

99-902 Moanalua Road
Aiea, HI 96701

( EXHIBIT "J-J" )
95198
10/15

**STATE OF HAWAII - DEPARTMENT OF PUBLIC SAFETY**
**INMATE COMPLAINT/GRIEVANCE**

Emergency Grievance

**95198**
(THIS CONTROL NO. MUST ACCOMPANY ALL APPEALS)

DATE RECEIVED: 12/14/03

NAME: William Sangster Aholelei          SSN: 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
HOUSING ASSIGNMENT: Module B-2           CONTROL NO.: _____

TO: (STEP) 1. _____ Section Supervisor/Inmate Grievance Specialist    SID: A0146949
           2. _____ Appeal Branch/Core Program Administrator/Inmate Grievance Specialist
           3. _____ Appeal Institutions/Core Program Division Administrator/Inmate Grievance Specialist

I attempted to solve this problem through informal discussion/resolution by contacting:
NAME: Staff                                DATE: 12-14-03
RESPONSE: Just file your Grievance
RE: Complaint/Grievance Against: Edwin Shimoda

STATEMENT OF COMPLAINT/GRIEVANCE: (attach additional sheets as necessary) At this time I think it appropriate for you to take definite preventive measures due to the seriousness of the Gangs Problems and due to the attempt to murder me by Gang members. I was almost beaten to death and remained in a coma for 6 days it is only a miracle I am alive today. This is the results of flawed and inadequate customes practices methods concerning Gang management and under your control. I ask you now to begin the seperation of all Gang members from non Gang prisoners, this includes housing area, chow halls, schooln

Exhibit #3

Page 1

I ROBIN M. MILARII SWEAR UNDER PENALTY OF LAW THAT THE FOLLOWING STATEMENT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE. THIS STATEMENT IS IN SUPPORT OF ANTHONY NESBIT'S CLAIMS UNDER CIVIL NUMBER CV03-00455.

IN JUNE 2003, I WAS RETURNED TO PRISON ON A PAROLE VIOLATION AND PLACED IN THE HALAWA SPECIAL NEEDS FACILITY MODULE-A. WHILE IN MODULE A, I TRIED TO PUT PRISON OFFICIALS ON NOTICE THAT I WAS FEARFUL OF BEING PLACED AT THE HALAWA MEDIUM FACILITY (MODULE-A WAS JUST A TEMPORARY HOUSING ASSIGNMENT), BECAUSE I HAD BEEN AN INFORMANT FOR THE DEPARTMENT OF PUBLIC SAFETY INTERNAL AFFAIRS DIVISION, AND HAD IN FACT INFORMED ON AN ADULT CORRECTIONS OFFICER (ACO), AND I WAS AFRAID OF BEING PLACED IN THE MODULE THIS ACO WORKED AT.

ULTIMATELY, MY PLEAS WERE IGNORED AND I WAS PLACED IN THE VERY MODULE THAT THE ACO I FEARED WORKED. THIS ACO KNEW THAT I HAD INFORMED ON HIM, AND IN RETALIATION, <u>I WAS PLACED IN A QUAD IN WHICH THE MAJORITY OF THE INMATES WERE FROM ONE CONCENTRATED GANG</u>: THE OTHER INMATES IN THE QUAD WERE ALL NON-GANG AFFILIATED. NO OTHER INMATES OF OTHER SEPERATE GANGS WERE HOUSED IN THE SAME QUAD. IN ESSENCE ONLY MEMBERS OF THE SAME GANG WERE HOUSED TOGETHER WITH NON-GANG MEMBERS.

IN THE SHORT TIME THAT I WAS IN THE SAME QUAD AS THESE GANG MEMBERS, <u>I WAS THREATENED</u>, BECAUSE THEY KNEW SOMEHOW OF MY INVOLVEMENT WITH DPS I.A DIVISION.

I MADE A FORMAL COMPLAINT AND WRITTEN

Exhibit A-3

Page 2

STATEMENT ABOUT THE THREATS I RECEIVED AND I WAS MOVED TO ANOTHER MODULE WHERE TWO OF THE QUADS CONSISTED OF INMATES IN TWO OTHER GANGS. AGAIN EACH OF THE TWO QUADS WERE OCCUPIED BY A MAJORITY OF THE GANG MEMBERS MIXED WITH NON-GANG MEMBERS.

I WAS IN THIS MODULE FOR ONE WEEK WHEN I STARTED GETTING THREATS FROM THE OTHER TWO GANGS, WHO I LEARNED WERE "DOING A FAVOR" FOR THE FIRST GANG MENTIONED.

I REMAINED IN THIS MODULE FOR ABOUT TWO WEEKS, BEFORE I HAD TO MAKE ANOTHER FORMAL COMPLAINT AND WRITTEN STATEMENT. I WAS THEN PLACED IN PROTECTIVE CUSTODY.

BEFORE BEING PLACED IN PROTECTIVE CUSTODY, I HAD TO MAKE SURE OF MY SURROUNDINGS AND WAS VERY ALERT OF WHAT WAS GOING ON AROUND ME. BECAUSE OF THIS, I WAS ABLE TO GAIN KNOWLEDGE, THAT THERE ARE AT LEAST THREE SEPERATE WELL ORGANIZED GANGS AT HALAWA CALLED THE "U.S.O. FAMILY", "LA FAMILIA" AND "MAFIA U.S.O.". THE MEMBERS OF THESE GANGS ARE IDENTIFIED BY TATTOOS WITH THE NAME OF THE GANG ON THEIR BODIES.

AS MENTIONED ABOVE, MEMBERS OF EACH INDIVIDUAL GANG ARE NEVER HOUSED IN THE SAME QUAD OF ANOTHER GANG. THIS IS DONE FOR SECURITY REASONS SO THESE GANGS DON'T FIGHT ONE ANOTHER.

THESE GANGS DON'T EAT IN THE SAME CHOW HALL AND BECAUSE THEY ARE SO PREVELENT, THE PRISON HAS A "GANG TASK FORCE UNIT" WHO IDENTIFY GANG MEMBERS AND GATHER INTELLIGENCE ON THESE GANG

THE GANGS ARE RIVALS BUT WILL WORK TOGETHER AND "DO FAVORS" FOR EACH OTHER AS IN MY CASE.

Exhibit "3"

Page 3

I HAVE ALSO LEARNED THAT THERE HAVE BEEN NUMEROUS ASSAULTS BY GANG MEMBERS ON NON-GANG MEMBERS WHICH ARE DOCUMENTED INCIDENTS.

IT IS OBVIOUS TO ME (AND ANYONE WHO WOULD INVESTIGATE THESE ALLEGATIONS WOULD AGREE) THAT THE GANG SITUATION AT HALAWA IS TERRIBLE AND GETTING WORSE, AND THE PRISONS WAY OF DEALING WITH IT IS BY KEEPING THESE GANGS SEPERATE FROM EACH OTHER, BUT PLACING NON-GANG MEMBERS WITH THESE VIOLENT GANG MEMBERS.

THE PRISON IS MAKING PROVISIONS TO KEEP THESE GANG MEMBERS SAFE FROM EACH OTHER, BUT FAILING TO PROVIDE FOR THE SAFETY OF NON-GANG MEMBERS. THUS VIOLATING THE RIGHTS OF THESE NON-GANG MEMBERS OF EQUAL PROTECTION UNDER THE LAW AND OF THEIR RIGHTS TO DUE PROCESS.

IT IS MY BELIEF THAT THE PRISON PROVIDES FOR THE SAFETY OF GANG MEMBERS BY HOUSING THEM SEPERATE FROM EACH OTHER, BUT NON-GANG MEMBERS AREN'T AFFORDED THE SAME COURTESY, AND BESIDES BEING PLACED IN PROTECTIVE CUSTODY NON-GANG MEMBERS ARE PLACED IN A VULNERABLE SITUATION AND MANY TIMES ARE FORCED TO MAKE THE DECISION OF JOINING A GANG TO KEEP THEMSELVES SAFE FROM HARM.

DATE: FEBRUARY 9, 2004

Robin M. Milan
ROBIN M. MILAN
(CIV-03-00453)

Note: See page (9) of Statement of Claim (03-00453)