C-EXHIBITS
from
Declaration Paragraph

Claim for Damage or Injury

#1. Name of Claimant/Victim
Anthony Nesbit  A0701329

#2. Address
Halawa High Security Facility
99-902 Moanalua Hwy    Mod-C Quad I
Aiea, HI 96701

#3. Phone  N/A

#4. Occupation - (inmate)

#5. Place of Employment  N/A

#6. Location of Incident/address
HHSF 99-902 Moanalua Hwy
Aiea, HI 96701

#7. Date of incident/address
2/13/03   HHSF 99-902 Moanalua Hwy Mod-C
          Aiea, Hawaii 96701

See next page for cont.

RECEIVED
FEB 20 2003
DAGS - BS/RISK MANAGEMENT

Group Exhibits
C

Exhibit G-1
from
Declaration Paugus

#8 Description of incident ( state in detail all known facts circumstances, identify persons and property and who you believe the state of Hawaii is at fault

In the middle of February I was transferred to the Halawa High Security Facility from the Halawa Medium Security Facility and apparently I had received enough high points from the Classification Committee to transferred to HHSF even though I was never a management problem or received any serious write-ups and I even demonstrated a willingness to lead a positive productive life while in prison. My only unfortunate circumstance for receiving a high point classification was my past Arrest Record.

Upon arriving at HHSF I was asked by the Guard if I was in a Gang? and I said no, then I asked the Guard why? he said he wanted to know because there plenty prison gang members here and he did not want to me in with the wrong side. It is apparent that HHSF actively pursues the Seperation of Prison Gangs Members because if they were put together they would kill each other. Try to, so as to ensure the Safety of the gang members, they are Seperated from opposite sides.

But the Focus of this Claim will be that HHSF does not Seperate Non Member inmates like Myself in order to ensure my safety and when I say Seperate me a Non Member of any Gang I mean Seperate me from either side of this Prison Gang Environment at present Non Members are housed with either one side or the other of these Warring Factions, there is no place to keep the Non Members of Gangs and as a result we Non Members are thrown together in this Gang Environment placing us in immediate Danger to our Safety and well being, there is a liability and fault with the State in providing Safety

over

Declaration paragraph 11

Gang Members and Not looking out for my Safety.

Consider this if it is Dangerous to mix Opposite Prison Gang Members then how much more Dangerous is to place a Non Member on either side of Obviously a Violent situation, Gang Members see Non Members new arrivals as Targets for recruitment and indoctrination and to get Non Members to join the Gang Members use Coercion, intimidation, and psychological Manipulation for recruitment purposes.

Now it is tragic that Me and Men like me (Non Members) given the Chance could lead a positive productive life in prison, but because of the circumstance we are placed in by HHSF we are cut short to achieve our desired Goal instead we are expected to run through this Gauntlet of Prison Gang members and how much chance do we have of surviving.

The State of Hawaii is at fault and error in not pursueing the Health and Safety of Non Prison Gang Members placing Me and Men like me in a Precarious and Dangerous situation.

And then on the other hand provide a Safe environment for Known and admitted Prison Gang Members by actively pursueing and separate Opposites Side to ensure their Safety.

Me as a Non-Member who refused to join and never wanted to be a Part of this in any way is placed in extreme and immediate danger, all I want is to lead a positive prison life free from harm or threat and the State does not provide this and the Recruitment of Prison Gang Members continues to grow. What chance do these uneducated Men have.

The Fault is with the State of Hawaii (HHSF) in Not providing a safe Non Member environment and in knowing before hand the Danger Gang Members are, + Seperating them and risk to all inmates they are housed with, and failing to provide a safe environment for Non Members of gangs and placing me in immediate threat and Danger to my life and

Declaration Paragraph #11.

(Witnesses to incident/injury/damage or loss

#9  HCSF medical Unit has records of inmates that have been attacked by gang members, fatally. This includes Non Members being att[acked]
HCSF Has records and files on Gang Activitys and identified members, and knows the Danger involved. also HCSF policy and proc concerning the Reputation of Opposite Gang Members

#10  Property Damage or loss —
(immediate)
Threat to my Health and Safety

#11  Personal injury.

I am not waiting around to get killed before I file a Claim
immediate — Threat to Health and Safety Daily

#12  Amount of Claim

Personal Injury  $10,000.00

Dated 2/18/03

Anthony Nisket  A07013
signature of person filing Claim
HCSF mod-2 Quad I
99-902 Moanalua Hwy
Aiea, Hi  96701

Form (7/91) RMTC

LINDA LINGLE
GOVERNOR



RUSS K. SAITO
Comptroller

KATHERINE H. THOMASON
Deputy Comptroller

**STATE OF HAWAII
DEPARTMENT OF ACCOUNTING
AND GENERAL SERVICES**
P.O. BOX 119
HONOLULU, HAWAII 96810-0119

*Exhibit G-2
Declaration paragraph #12.*

February 20, 2003

Mr. Anthony Nesbit
99-902 Moanalua Road
Aiea, Hawaii 96701

RE:   Tort Claim - Incident dated:   2-13-03

Dear Mr. Nesbit:

The Risk Management Office has received your tort claim form for the above.

Due to the nature of the allegations, your letter has been referred to the Department of the Attorney General. All future contact should be to:

>   Department of the Attorney General
>   425 Queen Street
>   Honolulu, Hawaii 96813
>   Phone: 586-1494

Thank you for your attention and cooperation. If you have any questions, please call me at 586-0550.

Sincerely,

Julie A. Ugalde
Risk Management Officer

C:   Department of the Attorney General

LINDA LINGLE
GOVERNOR



**STATE OF HAWAII
DEPARTMENT OF THE ATTORNEY GENERAL
Civil Rights Litigation Division**
425 QUEEN STREET
HONOLULU, HAWAII 96813
(808) 586-1494

MARK J. BENNETT
ATTORNEY GENERAL

RICHARD T. BISSEN, JR.
FIRST DEPUTY ATTORNEY GENERAL

EXHIBIT G-4
from
Declaration Nesquist 13.

April 4, 2003

Anthony Nesbit A0701329
HHSF 99-902 Moanalua Road
Aiea, Hawaii 96701

Re:   Tort Claim

Dear Mr. Nesbit:

    I have reviewed your letter of March 17, 2003 addressed to the Department of the Attorney General together with the tort claim that you submitted on or about February 20, 2003. Unfortunately, you have not submitted a claim for which this department can afford you relief. Questions of classification of inmates as well as the responsibility for their safety rests with the Department of Public Safety. Moreover, even if you had stated a claim, this office could not consider it because you have not exhausted your administrative remedies through the grievance process.

                                   Very truly yours,

                                   John M. Cregor, Jr.
                                   Deputy Attorney General

cc:   J. Ugalde

43178_1