Frank J. Lopez                                           7/20/03
Deputy Director of Corrections

My Name is Anthony Nesbit I am a 51 year old inmate serving a 15 year sentence here at Halawa, this letter concerns Prison Gangs and a "known risk of harm" and the mixing of Prison Gang Members with Non-Gang Members.

Due to a growing Prison Gang problem prison officials have had to seperate the different factions due to violence between the Rival Gangs, this is done for obvious reasons in order to prevent fighting between rival gangs, but what prison officials have done by choosing this method is to create classes of prisoners or "identifiable groups" and since Prison Gangs have established themselves as violent due to a pervasive and long standing documented history of violence, that this "group of prisoners" would pose a risk of harm to any prisoner outside of their group (gang) and this is why prison officials have decided to seperate the rival gangs.

But the prison officials are placing Non-Gang Members in with these seperated concentrated Prison Gang Members of all one particular group, thus exposing this Non-Gang Member to a risk of harm. The Non-Gang Member is also a identifiable group of prisoners that Prison Gang Members target for recruitment, extortion, assualt, sex assualt, beatings, well documented.

Now why prison officials

Exhibit D

have chosen this path is perplexing it would seem obvious and easy to predict that the very likelyhood of harm would come to that prisoner and if he was recruited a greater harm was done for him and society. Membership is for life and continued criminal activity.

This process of mixing Non-Gang Members with prison Gang Members is common here at Halawa and Non-Gang members are being victimized because of this.

The perpetuation of Gang Membership is ensured because of this process of Mixing so on one hand the Non-Gang Member will be a victim or a new recruit there are no inbetweens in this situation, and those that seem to be (the inbetweens) are for survival become "affiliates" the others are controlled through threats of violence and more then likely are extorted or bled slowly.

There are bigger down side to this approach that prison officals have chosen. Number one most of these gang members will be paroling to a Neighborhood in Oahu. But upon a Constitutional level the litigational entanglement should also be obvious also.

No humane society allows its prisons to be run by thugs. The Punishment authorized for Crime, does not include Terror, extortion, beatings, rape, and foreseeable Murder. Prison officals have a duty to Protect prisoners from this but it seems they are contributing to this problem

Common sense would tell you that if you put the sheep in with the wolves they

are going to be eaten. What some prison officials ignore is the Contraband problem (ice) is Compounded by staff corruption as prison officials Contribute to and apparently profited from the Contraband and Utilized prison Gang members to "Control" and punish other prisoners.

But getting back to my main point is that the prison has Created "Classes" of prisoners a "litigational Hazard" because one class is Dangerous (Gang Members) and seperation because of the "Rival Gang Violence" a known risk of harm this particular group of prisoners have established. Non-Gang members are not in this Group are Vulnerable to attack unorganized and unprepared to defend themselves against this overwhelming Concentration of prison Gang Members in certain Quad Gangs occupy.

Just because prison Gang Members are seperated does not Change there Character they still operate as a Organized Group and still use Violence and threats of Violence to get what they want. All of this to any prudent prison administrator would be easy to predict and easy to prevent and if prison officials Can seperate prison gang Members from rival gangs they Can provide the same type of protection to Non-Gang Members in the Form of seperation, not to do this is reckless disregard to the Safety of prisoner and Callous indifference to an established and well documented risk of harm.

The reason why I am showing You

all this is that I am a Victim who was exposed to what I Consider a state Created danger or a Failure to protect and someone like myself need to point out rationally and logically the problems with prison officials Choosing this path, and if they say this is not happening they are fooling you. (Mod-C Quad 1 & 2 this is a problem) I have talked to inmates that were forced into Gang Membership, forced to take drugs, forced to hand over what personal items they had, forced to keep there mouth shut, threatened to be killed (like I was) and Marked for the duration of there prison sentence as a "rat" or "snitch" for requesting P.C. only to have to face the uncertainty of reprisal and retaliation from a faceless assailant some Time in the future when the opportunity presents itself all because prison official chose a obvious destructive path when placing Non-Gang Members in this Vulnerable position.

   Please Consider a better choice when dealing with human life.

              Thank You

              Anthony Nesbit -
                 A0701329
            HSNF 99-902 Moanalua Rd
            Aiea, Hi 96701