# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/19/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CV 03-00455SOM-KSC
                              CV 04-00167SOM-KSC

CASE NAME:     Anthony Nesbit vs. State of HI, et al.
                       William Kotis vs. State of HI, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

JUDGE:    Susan Oki Mollway        REPORTER:

DATE:    1/19/2006                 TIME:

---

COURT ACTION:  EO:

The court grants Plaintiffs' Motion In Opposition To Defendants' Motion for Summary Judgment, which requests review by this court of Plaintiffs' earlier papers opposing the previous summary judgment motion filed by Defendants, and which also seeks leave to file a supplemental opposition memorandum if materials relevant to the pending summary judgment motion are produced by Defendants before the hearing on the motion. The court will review the earlier papers and will allow a supplemental opposition addressing new discovery materials.

cc: all counsel.

Submitted by: Toni Fujinaga, Courtroom Manager.