# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/20/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:   CV 03-00455SOM-KSC
               CV 04-00167SOM-KSC

CASE NAME:     Anthony Nesbit vs. State of HI, et al.
               William Kotis vs. State of HI, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:  Susan Oki Mollway          REPORTER:

DATE:   1/20/2006                  TIME:

COURT ACTION:  EO:

Plaintiffs' Request for Leave of Court to Supplement Their Concise Statement of Facts by February 16, 2006, is granted.

cc: all parties of record.

Submitted by: Toni Fujinaga, Courtroom Manager.