Anthony Nesbit & William Kotis
T.C.C.F. A-1
295 Hwy 49 South
Tutwiler, MS 38963
Plaintiffs pro se

## In the United States District Court
### For the District of Hawaii

| | |
|---|---|
| Anthony Nesbit<br>Plaintiff<br>vs.<br>Dept of Public Safety<br>State of Hawaii et al.<br>Defendants | Civ. No. 03-00455 SOM-KSC<br>Consolidated<br><br>Certificate of Service |
| William J. Kotis<br>Plaintiff<br>vs.<br>Dept of Public Safety<br>State of Hawaii et al<br>Defendants | Civ. No. 04-00167 DAE-LEK<br>Consolidated |

### Certificate of Service

The Undersigned hereby Certifies that a true and correct copy of the foregoing document was served on the following at his/her last known address via U.S. Mail, postage prepaid as follows:

Department of Attorney General
John McGregor Jr.
425 Queen Street
Honolulu, Hawaii
Attorney for Defendants

Date Feb 1st 2006

Anthony Nesbit
Plaintiff pro se
Anthony Nesbit

Anthony Nesbit

