ORIGINAL

MARK J. BENNETT 2672
Attorney General of Hawaii

CINDY S. INOUYE 3968
JOHN M. CREGOR, JR. 3521
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813
Telephone: (808) 586-1494
Facsimile: (808) 586-1369
Email: John.M.Cregor@hawaii.gov

Attorney for Defendants

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 10 2006

at 3 o'clock and 40 min P M
SUE BEITIA, CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANTHONY NESBIT,<br><br>Plaintiff,<br><br>vs.<br><br>DEPARTMENT OF PUBLIC SAFETY, STATE OF HAWAI`I, et. al.<br><br>Defendants. | CIVIL NO. 03-00455 SOM-KSC (Consolidated)<br><br>**CERTIFICATE OF SERVICE**<br><br>**[RE: DEFENDANTS MONICA LORTZ AND CINDA SANDIN'S RESPONSES TO THE FIRST REQUEST FOR ANSWERS TO INTERROGATORIES FROM PLAINTIFF ANTHONY NESBIT]** |
| WILLIAM KOTIS,<br><br>Plaintiff,<br>vs.<br><br>STATE OF HAWAII DEPT. OF PUBLIC SAFETY, et. al.<br><br>Defendants. | CIVIL NO. 04-00167 SOM-KSC (Consolidated) |

181722_1.DOC

      Anthony nesbit #A0701329
      CCA/Tallahatchie Correctional Center
      295 US Highway 49 South
      P. O. Box 388
      Tutwiler, MS 38963

      Plaintiff Pro Se

      William Kotis #A0182281
      CCA/Tallahatchie Correctional Center
      295 US Highway 49 South
      P. O. Box 388
      Tutwiler, MS 38963

      Plaintiff Pro Se

DATED: Honolulu, Hawaii, March 10, 2006.

_____
JOHN M. CREGOR, JR.
Deputy Attorney General

Attorney for Defendants
DEPARTMENT OF PUBLIC SAFETY, STATE OF HAWAII, JAMES L. PROPOTNICK, FRANK LOPEZ, EDWIN SHIMODA, NOLAN ESPINDA, ERIC TANAKA, RANDY ASHER, SGT. SAIA FINAU, CINDA SANDIN, MONICA LIRTZ, CHERYL ZEMBIK, LYLE KANOA, G. SHERIDAN, and DAVID APAO