ORIGINAL

| | |
|---|---|
| MARK J. BENNETT | 2672 |

Attorney General of Hawaii

| | |
|---|---|
| CINDY S. INOUYE | 3968 |
| JOHN M. CREGOR, JR. | 3521 |

Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813
Telephone: (808) 586-1494
Facsimile: (808) 586-1369
Email: John.M.Cregor@hawaii.gov

Attorney for Defendants

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 10 2006

at 4 o'clock and __ min. __M
SUE BEITIA, CLERK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANTHONY NESBIT,<br><br>            Plaintiff,<br><br>vs.<br><br>DEPARTMENT OF PUBLIC SAFETY, STATE OF HAWAI'I, et. al.<br><br>            Defendants. | CIVIL NO. 03-00455 SOM-KSC<br>(Consolidated)<br><br>**CERTIFICATE OF SERVICE**<br><br>[RE: DEFENDANTS' RESPONSE TO THE FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS] |
| WILLIAM KOTIS,<br><br>            Plaintiff,<br><br>vs.<br><br>STATE OF HAWAII DEPT. OF PUBLIC SAFETY, et. al.<br><br>            Defendants. | CIVIL NO. 04-00167 SOM-KSC<br>(Consolidated) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 10, 2006, a copy of **Defendants' Response to the First Request For Production of Documents to Defendants** was served on the following at their last known address via U.S. mail, postage prepaid as follows:

>Anthony Nesbit #A0701329
>CCA/Tallahatchie Correctional Center
>295 US Highway 49 South
>P. O. Box 388
>Tutwiler, MS  38963
>  Plaintiff Pro Se
>
>William Kotis #A0182281
>CCA/Tallahatchie Correctional Center
>295 US Highway 49 South
>P. O. Box 388
>Tutwiler, MS 38963
>  Plaintiff Pro Se

DATED:  Honolulu, Hawaii, March 10, 2006.

_____
JOHN M. CREGOR, JR.
Deputy Attorney General
Attorney for Defendants
DEPARTMENT OF PUBLIC SAFETY, STATE OF HAWAII, JAMES L. PROPOTNICK, FRANK LOPEZ, EDWIN SHIMODA, NOLAN ESPINDA, ERIC TANAKA, RANDY ASHER, SGT. SAIA FINAU, CINDA SANDIN, MONICA LIRTZ, CHERYL ZEMBIK, LYLE KANOA, G. SHERIDAN, and DAVID APAO