**STATE OF HAWAII**
**DEPARTMENT OF PUBLIC SAFETY**

<u>MEMORANDUM</u>

# AMENDED (2x)

To: **All Concerned**   Date: ___February 12, 2003___

From: ___Monica Taira, FCC___   Reply Due: _____

Subject: ___**OCCC TRANSFERS**___

The following inmate(s) will be transferred from HCF TO OCCC, TODAY,
February 12, 2003.  OCCC to transport.

**IN BOUND:**

| | | | |
|---|---|---|---|
| BRIGHT, Charles | A0101101 | PARV | MU |
| GIBBS, Michael | A0741104 | PARV | MOD A/Q1 |
| DOLE, Calvin Jr. | A1049349 | RAD | MOD 1 |

**The following inmates will be transferred:  (IN HOUSE)**

| | | | |
|---|---|---|---|
| **RIVERA, Albert | A0240152 | MED | MOD A/Q1 TO MOD 2 |
| OMINE, Ricky | A0105898 | MED | MOD A/Q1 TO MOD 2 |
| NESBIT, Anthony | A0701329 | CLOSE | MOD 1 TO MOD C |
| SANTIAGO, Frank | A0130490 | CLOSE | MOD 1 TO MOD C |
| **KAUI, Shane | A0215818 | MED | MOD A/Q1 TO MOD 1 |

**(NOTE:  Housing changes)

NOTED AND FORWARDED:

_____   2.12.03
Chief of Security   Date

To all concerned parties, please make the appropriate arrangements.

c:   (28)
   Warden (2)
   CP-6
   Gate
   Business Office
   Intake (2)
   Visit ACO
   Transport ACO (3)
   Commissary

   **Deputy Warden**
   **Records (2)**
   Business Manager
   Monica T
   **Medical**
   **Library**
   Educatio
   Operatio

   C. Morinaga
   UTMS (as applicable)
   Receiving Facility (FAX)

Post-It® Fax Note   7671   Date 11/29   # of pages ▶ 4
To John Creagor   From Garry Kaplen
Co./Dept. Civil Lightsuit   Co. HCF
Phone #   Phone # 484-7219
Fax # 586-1269   Fax #

**STATE OF HAWAII**
**DEPARTMENT OF PUBLIC SAFETY**

<u>MEMORANDUM</u>

To:   <u>All Concerned</u>                    Date: _____<u>February 11, 2003</u>_____

From: _____Monica Taira, FCC_____         Reply Due: _____

Subject: ___<u>OCCC TRANSFERS</u>___
The following inmate(s) will be transferred from HCF TO OCCC, TODAY,
February 11, 2003.  OCCC to transport.
<u>IN BOUND:</u>

| | | | |
|---|---|---|---|
| BRIGHT, Charles | A0101101 | PARV | MOD A/Q1 ~~MOD A/Q1~~ mu(s has broken leg/arm |
| GIBBS, Michael | A0741104 | PARV | MOD A/Q1 |
| DOLE, Calvin Jr. | A1049349 | RAD | MOD 1 |

**<u>The following inmates will be transferred:  (IN HOUSE)</u>**

| | | | |
|---|---|---|---|
| RIVERA, Albert | A0240152 | MED | MOD A/Q1 TO MOD 2 |
| OMINE, Ricky | A0105898 | MED | MOD A/Q1 TO MOD 2 |
| NESBIT, Anthony | A0701329 | CLOSE | MOD 1 TO MOD C |
| SANTIAGO, Frank | A0130490 | CLOSE | MOD 1 TO MOD C |

NOTED AND FORWARDED:

_____          2-12-03
Chief of Security                          Date

To all concerned parties, please make the appropriate arrangements.

c:   (28)
     Warden (2)              Deputy Warden         C. Morinaga
     CP-6                    Records (2)           UTMS (as applicable)
     Gate                    Business Manager      Receiving Facility (FAX)
     Business Office         Monica Taira, FCC     Watch Captain
     Intake (2)              Medical Unit (2)      Security
     Visit ACO              Library               SATC M. Chun
     Transport ACO (3)      Education             Food Service
     Commissary             Operations            KUULEI M.

[Memo-OCCC transfer]

**STATE OF HAWAII**
**DEPARTMENT OF PUBLIC SAFETY**

**MEMORANDUM**                    AMENDED

To:    <u>All Concerned</u>                    Date:    <u>February 12, 2003</u>

From:    <u>Monica Taira, FCC</u>                    Reply Due:_____

Subject:    <u>OCCC TRANSFERS</u>
The following inmate(s) will be transferred from HCF TO OCCC, TODAY,
February 12, 2003.  OCCC to transport.
**IN BOUND:**

| | | | |
|---|---|---|---|
| BRIGHT, Charles | A0101101 | PARV | MU |
| GIBBS, Michael | A0741104 | PARV | MOD A/Q1 |
| DOLE, Calvin Jr. | A1049349 | RAD | MOD 1 |

**The following inmates will be transferred:  (IN HOUSE)**

| | | | |
|---|---|---|---|
| **RIVERA, Albert | A0240152 | MED | MOD A/Q1 TO SHU-MED |
| OMINE, Ricky | A0105898 | MED | MOD A/Q1 TO MOD 2 |
| NESBIT, Anthony | A0701329 | CLOSE | MOD 1 TO MOD C |
| SANTIAGO, Frank | A0130490 | CLOSE | MOD 1 TO MOD C |
| **KAUI, Shane | A0215818 | MED | MOD A/Q1 TO SHU-MED |

**(NOTE:  Housing changes)

**NOTED AND FORWARDED:**

_____    2-12-03
**Chief of Security**                    **Date**

To all concerned parties, please make the appropriate arrangements.

c:    (28)
Warden (2)                Deputy Warden            C. Morinaga
CP-6                Records (2)            UTMS (as applicable)
Gate                Business Manager            Receiving Facility (FAX)
Business Office            Monica Taira, FCC            Watch Captain
Intake (2)                Medical Unit (2)            Security
Visit ACO                Library            SATC M. Chun
Transport ACO (3)            Education            Food Service
Commissary                Operations            KUULEI M.

STATE OF HAWAII
DEPARTMENT OF PUBLIC SAFETY

**MEMORANDUM**          AMENDED (2x)

To:   **All Concerned**                    Date:   February 12, 2003

From:   **Monica Taira, FCC**              Reply Due:

Subject:   **OCCC TRANSFERS**

The following inmate(s) will be transferred from HCF TO OCCC, TODAY,
February 12, 2003.  OCCC to transport.

**IN BOUND:**

| | | | |
|---|---|---|---|
| BRIGHT, Charles | A0101101 | PARV | MU |
| GIBBS, Michael | A0741104 | PARV | MOD A/Q1 |
| DOLE, Calvin Jr. | A1049349 | RAD | MOD 1 |

**The following inmates will be transferred:  (IN HOUSE)**

| | | | |
|---|---|---|---|
| **RIVERA, Albert | A0240152 | MED | MOD A/Q1 TO MOD 2 |
| OMINE, Ricky | A0105898 | MED | MOD A/Q1 TO MOD 2 |
| NESBIT, Anthony | A0701329 | CLOSE | MOD 1 TO MOD C |
| SANTIAGO, Frank | A0130490 | CLOSE | MOD 1 TO MOD C |
| **KAUI, Shane | A0215818 | MED | MOD A/Q1 TO MOD 1 |

**(NOTE:  Housing changes)

NOTED AND FORWARDED:

_____          2.12.03
Chief of Security                Date

To all concerned parties, please make the appropriate arrangements.

c:    (28)
      Warden (2)              Deputy Warden          C. Morinaga
      CP-6                    Records (2)            UTMS (as applicable)
      Gate                    Business Manager       Receiving Facility (FAX)
      Business Office         Monica T
      Intake (2)              Medical
      Visit ACO              Library
      Transport ACO (3)       Educatio
      Commissary             Operatio

Post-It® Fax Note   7671   Date 11/29  # of pages ▶ 4
To John Cregor              From Gary Kaplan
Civil Rights Lit           Co. HCF
Phone #                     Phone # 484-7209
Fax # 586-1369             Fax # 483-1286