**STATE OF HAWAII**
**DEPARTMENT OF PUBLIC SAFETY**

**MEMORANDUM**     **AMENDED (2x)**

To: <u>All Concerned</u>           Date: <u>February 12, 2003</u>

From: <u>Monica Taira, FCC</u>     Reply Due: _____

Subject: <u>OCCC TRANSFERS</u>

The following inmate(s) will be transferred from HCF TO OCCC, TODAY, February 12, 2003. OCCC to transport.

**IN BOUND:**

| | | | |
|---|---|---|---|
| BRIGHT, Charles | A0101101 | PARV | MU |
| GIBBS, Michael | A0741104 | PARV | MOD A/Q1 |
| DOLE, Calvin Jr. | A1049349 | RAD | MOD 1 |

**The following inmates will be transferred: (IN HOUSE)**

| | | | |
|---|---|---|---|
| **RIVERA, Albert | A0240152 | MED | MOD A/Q1 TO MOD 2 |
| OMINE, Ricky | A0105898 | MED | MOD A/Q1 TO MOD 2 |
| NESBIT, Anthony | A0701329 | CLOSE | MOD 1 TO MOD C |
| SANTIAGO, Frank | A0130490 | CLOSE | MOD 1 TO MOD C |
| **KAUI, Shane | A0215818 | MED | MOD A/Q1 TO MOD 1 |

**(NOTE: Housing changes)

NOTED AND FORWARDED:

_[signature]_                      2-12-03
Chief of Security                  Date

To all concerned parties, please make the appropriate arrangements.

c: (28)
Warden (2)           Deputy Warden          C. Morinaga
CP-6                 Records (2)            UTMS (as applicable)
Gate                 Business Manager       Receiving Facility (FAX)
Business Office      Monica T
Intake (2)           Medical
Visit ACO            Library
Transport ACO (3)    Education
Commissary           Operatio

Post-It® Fax Note 7671  Date 11/29  # of pages 4
To John Cregor         From Gary Kaplan
Co./Dept. Civil Lights Lit   Co. HCF
Phone #                Phone # 484-7219
Fax # 586-1369         Fax # 492-1289

## STATE OF HAWAII
## DEPARTMENT OF PUBLIC SAFETY

### MEMORANDUM

To: **All Concerned**

From: Monica Taira, FCC

Date: **February 11, 2003**

Reply Due: _____

Subject: **OCCC TRANSFERS**

The following inmate(s) will be transferred from HCF TO OCCC, TODAY, February 11, 2003. OCCC to transport.

**IN BOUND:**

| | | | |
|---|---|---|---|
| BRIGHT, Charles | A0101101 | PARV | ~~MOD A/Q1~~ MU (s) has broken leg/arm |
| GIBBS, Michael | A0741104 | PARV | MOD A/Q1 |
| DOLE, Calvin Jr. | A1049349 | RAD | MOD 1 |

**The following inmates will be transferred: (IN HOUSE)**

| | | | |
|---|---|---|---|
| RIVERA, Albert | A0240152 | MED | MOD A/Q1 TO MOD 2 |
| OMINE, Ricky | A0105898 | MED | MOD A/Q1 TO MOD 2 |
| NESBIT, Anthony | A0701329 | CLOSE | MOD 1 TO MOD C |
| SANTIAGO, Frank | A0130490 | CLOSE | MOD 1 TO MOD C |

NOTED AND FORWARDED:

_[signature]_   2-12-03

Chief of Security   Date

To all concerned parties, please make the appropriate arrangements.

c:  (28)
Warden (2)
CP-6
Gate
Business Office
Intake (2)
Visit ACO
Transport ACO (3)
Commissary

Deputy Warden
Records (2)
Business Manager
Monica Taira, FCC
Medical Unit (2)
Library
Education
Operations

C. Morinaga
UTMS (as applicable)
Receiving Facility (FAX)
Watch Captain
Security
SATC M. Chun
Food Service
KUULEI M.

[Memo-OCCC transfer]

**STATE OF HAWAII**
**DEPARTMENT OF PUBLIC SAFETY**

**MEMORANDUM**     AMENDED

To: All Concerned          Date: February 12, 2003

From: Monica Taira, FCC    Reply Due:

Subject: OCCC TRANSFERS

The following inmate(s) will be transferred from HCF TO OCCC, TODAY, February 12, 2003. OCCC to transport.

**IN BOUND:**

| Name | ID | | |
|---|---|---|---|
| BRIGHT, Charles | A0101101 | PARV | MU |
| GIBBS, Michael | A0741104 | PARV | MOD A/Q1 |
| DOLE, Calvin Jr. | A1049349 | RAD | MOD 1 |

**The following inmates will be transferred: (IN HOUSE)**

| Name | ID | | |
|---|---|---|---|
| **RIVERA, Albert | A0240152 | MED | MOD A/Q1 TO SHU-MED |
| OMINE, Ricky | A0105898 | MED | MOD A/Q1 TO MOD 2 |
| NESBIT, Anthony | A0701329 | CLOSE | MOD 1 TO MOD C |
| SANTIAGO, Frank | A0130490 | CLOSE | MOD 1 TO MOD C |
| **KAUI, Shane | A0215818 | MED | MOD A/Q1 TO SHU-MED |

**(NOTE: Housing changes)

NOTED AND FORWARDED:

_[signature]_       2-12-03
Chief of Security         Date

To all concerned parties, please make the appropriate arrangements.

c:    (28)
      Warden (2)            Deputy Warden            C. Morinaga
      CP-6                  Records (2)              UTMS (as applicable)
      Gate                  Business Manager         Receiving Facility (FAX)
      Business Office       Monica Taira, FCC        Watch Captain
      Intake (2)            Medical Unit (2)         Security
      Visit ACO             Library                  SATC M. Chun
      Transport ACO (3)     Education                Food Service
      Commissary            Operations               KUULEI M.

**STATE OF HAWAII**
**DEPARTMENT OF PUBLIC SAFETY**

MEMORANDUM **AMENDED (2x)**

To: All Concerned　　　　　　　　　　　Date: February 12, 2003

From: Monica Taira, FCC　　　　　　　　Reply Due: _____

Subject: OCCC TRANSFERS

The following inmate(s) will be transferred from HCF TO OCCC, TODAY, February 12, 2003. OCCC to transport.

**IN BOUND:**

| Name | ID | Class | Housing |
|---|---|---|---|
| BRIGHT, Charles | A0101101 | PARV | MU |
| GIBBS, Michael | A0741104 | PARV | MOD A/Q1 |
| DOLE, Calvin Jr. | A1049349 | RAD | MOD 1 |

**The following inmates will be transferred: (IN HOUSE)**

| Name | ID | Class | Housing |
|---|---|---|---|
| **RIVERA, Albert | A0240152 | MED | MOD A/Q1 TO MOD 2 |
| OMINE, Ricky | A0105898 | MED | MOD A/Q1 TO MOD 2 |
| NESBIT, Anthony | A0701329 | CLOSE | MOD 1 TO MOD C |
| SANTIAGO, Frank | A0130490 | CLOSE | MOD 1 TO MOD C |
| **KAUI, Shane | A0215818 | MED | MOD A/Q1 TO MOD 1 |

**(NOTE: Housing changes)

NOTED AND FORWARDED:

_[signature]_　　　　　　　2-12-03
Chief of Security　　　　　　Date

To all concerned parties, please make the appropriate arrangements.

c: (28)
　Warden (2)　　　　　Deputy Warden　　　　C. Morinaga
　CP-6　　　　　　　　Records (2)　　　　　　UTMS (as applicable)
　Gate　　　　　　　　Business Manager　　　　Receiving Facility (FAX)
　Business Office　　　Monica T.
　Intake (2)　　　　　　Medical
　Visit ACO　　　　　　Library
　Transport ACO (3)　　Education
　Commissary　　　　　Operations

Post-It® Fax Note 7671　Date 11/29　# of pages ▶ 4
To John Creasor　From Gary Kaplan
Co./Dept. Civil Rights Lit　Co. HCF
Phone #　　　　　　　　Phone # 484-7219
Fax # 586-1369　　　　　Fax # 483-1284