# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/16/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV03-00455SOM-KSC<br>CV04-00167SOM-KSC<br>(CONSOLIDATED) |
| CASE NAME: | Anthony Nesbit vs. Department of Public Safety, et al.<br>William J. Kotis vs. Department of Public Safety, et al. |
| ATTYS FOR PLA: | Anthony Nesbit, by phone<br>William Kotis, by phone |
| ATTYS FOR DEFT: | John Cregor |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | C5 - no record |
| DATE: | 3/16/2006 | TIME: | 2:30-2:40pm |

COURT ACTION:  EP: Status Conference Re: Outstanding Discovery.

Plaintiffs' request to continue the 4/10/06 Motion for Summary Judgment before Judge Mollway is granted.  Motion for Summary Judgment continued to 4/24/06 at 10:30am before Judge Mollway.

Plaintiffs Motion for Discovery Sanctions and 2nd Enlargement of Time With Exhibits (document #173) is granted in part and denied in part.  Denied as to the Motion for Sanctions.  Granted as to the enlargement of time.  Motion terminated.

Submitted by: Shari Afuso, Courtroom Manager

G:\docs\snm\Anthony Nesbit4,sa.wpd