ORIGINAL

MARK J. BENNETT        2672
Attorney General of Hawaii

CINDY S. INOUYE        3968
JOHN M. CREGOR, JR.    3521
Deputy Attorneys General
Department of the Attorney
  General, State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813
Telephone:  (808) 586-1494
Facsimile:   (808) 586-1369
Email: John.M.Cregor@hawaii.gov

Attorney for Defendants

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 29 2006

at _9_ o'clock and _8_ min. _W_ M
SUE BEITIA, CLERK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANTHONY NESBIT,<br><br>             Plaintiff,<br><br>    vs.<br><br>DEPARTMENT OF PUBLIC<br>SAFETY, STATE OF HAWAI'I, et. al.<br><br>             Defendants. | CIVIL NO. 03-00455 SOM-KSC<br>(Consolidated)<br><br>**CERTIFICATE OF SERVICE**<br><br>**[RE:  DEFENDANTS CHERYL ZEMBIK AND ERIC TANAKA'S RESPONSES TO THE PLAINTIFFS' FIRST REQUEST FOR ANSWERS TO INTERROGATORIES TO DEFENDANTS]** |
| WILLIAM KOTIS,<br><br>             Plaintiff,<br>    vs.<br><br>STATE OF HAWAII DEPT. OF<br>PUBLIC SAFETY, et. al.<br><br>             Defendants. | CIVIL NO. 04-00167 SOM-KSC<br>(Consolidated) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 15, 2006, a copy of

**Defendants Cheryl Zembik and Eric Tanaka's Responses to the Plaintiffs'**

**First Request for Answers to Interrogatories to Defendants** was served on the

following by facsimile and at their last known address via U.S. mail, postage

prepaid as follows:

>  Anthony Nesbit #A0701329
>  CCA/Tallahatchie Correctional Center
>  295 US Highway 49 South
>  P. O. Box 388
>  Tutwiler, MS 38963
>     Plaintiff Pro Se
>
>  William Kotis #A0182281
>  CCA/Tallahatchie Correctional Center
>  295 US Highway 49 South
>  P. O. Box 388
>  Tutwiler, MS 38963
>     Plaintiff Pro Se

DATED:  Honolulu, Hawaii, March 16, 2006.

>  JOHN M. CREGOR, JR.
>  Deputy Attorney General
>  Attorney for Defendants
>  DEPARTMENT OF PUBLIC SAFETY,
>  STATE OF HAWAII, JAMES L.
>  PROPOTNICK, FRANK LOPEZ, EDWIN
>  SHIMODA, NOLAN ESPINDA, ERIC
>  TANAKA, RANDY ASHER, SGT. SAIA
>  FINAU, CINDA SANDIN, MONICA
>  LIRTZ, CHERYL ZEMBIK, LYLE
>  KANOA, G. SHERIDAN, and DAVID
>  APAO