IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANTHONY NESBIT,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DEPARTMENT OF PUBLIC SAFETY, STATE OF HAWAI`I, et. al.<br><br>　　　　　Defendants. | CIVIL NO. 03-00455 SOM-KSC<br>(Consolidated)<br><br>**CERTIFICATE OF SERVICE** |
| WILLIAM KOTIS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>STATE OF HAWAII DEPT. OF PUBLIC SAFETY, et. al.<br><br>　　　　　Defendants. | CIVIL NO. 04-00167 SOM-KSC<br>(Consolidated) |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 30, 2006, a copy of the foregoing document was served on the following parties at their last known address via U.S. Mail, postage prepaid:

184334_1.DOC

       Anthony Nesbit #A0701329
       CCA/Tallahatchie Correctional Center
       295 US Highway 49 South
       P.O. Box 388
       Tutwiler, MS 38963

       Plaintiff Pro Se

       William Kotis #A0182281
       CCA/Tallahatchie Correctional Center
       295 US Highway 49 South
       P.O. Box 388
       Tutwiler, MS 38963

       Plaintiff Pro Se

DATED:    Honolulu, Hawaii, March 30, 2006.

                                            JOHN M CREGOR, JR.
                                            Deputy Attorney General

                                            Attorney for Defendants
                                            JAMES L. PROPOTNICK, FRANK
                                            LOPEZ, EDWIN SHIMODA, NOLAN
                                            ESPINDA, ERIC TANAKA, RANDY
                                            ASHER, SGT. SAIA FINAU, CINDA
                                            SANDIN, MONICA LIRTZ, CHERYL
                                            ZEMBIK, LYLE KANOA, G.
                                            SHERIDAN, and DAVID APAO