# RESPONSES TO INTERROGATORIES FROM DEFENDANT CINDA SANDIN

1. Please state name, position and duties.

   Answer:

   **Cinda Sandin, HSNF Residency Section Superisor.**

   **Manage Modules A, B, C at Halawa Special Needs Faiclity.**

2. Were you trained in regards to prison gang management and control what training or instructions did you have concerning policy and procedures concerning prison gang members. When were you trained what was involved and how long was the training or instruction.

   Answer:

   **No**

3. Were you specifically trained or instructed in regards to the challenged housing practice of separating prison gangs form rival prison gangs and housing them in certain areas of Halawa prison (Quads) to what extent did you understand that this housing practice could be applied (in other words was it allowed to house a regular inmate (non-gang) member in with separated prison gang members.

   Answer:

   **The first policy that I became aware of regarding the housing of gang members was COR.11.04 effective 02-04-93. COR.08.45 was effective 07-20-04. Non-gang and gang members are housed together throughout HCF. It is impossible to determine all gang and non-gang members and separate them accordingly.**

181722_1.DOC

4. How long has the practice of separating rival prison gangs been in effect and what are the reasons for separating the rival prison gangs?

Answer:

**COR.08.45 became effective 07/20/04. It is titled "Security and Control of Threat Gangs." This is an attempt to reduce violence in prison between rival gang members.**

5. Did you know that a regular inmate (non-gang member) could be housed with separated prison hang members (if answer is Yes what do you think about this practice?)

Answer:

**Gang members and non-gang members are housed together throughout HCF.**

**Gang affiliation is changing on a daily basis as inmates join gangs, drop out of gangs or change gangs. They also form new gangs.**

6. What is a Quad (how many inmates in a Quad) (about how many if exact number is not known).

Answer:

**A HSNF QUAD houses 6, 12, or 24 inmates depending on its location.**

7. How many separated prison gang members were in a Quad at one time (about how many).

Answer:

**At HSNF it could be one to twenty four inmates. It fluctuates daily..**

2

181722_1.DOC

8. How many separated prison gang members were allowed in a Quad.

   Answer:

   **At the present time if they are housed in a gang quad by security, they must be signed out by security. In the past they were mixed in all Module C quds.**

9. What Quads in Halawa Medium and High Security Facility did separated prison gangs occupy?

   Answer:

   **Gang members can be in any module and any quad.**

10. Since rival gangs were separated why didn't they separate regular inmates (non-gang) from separated prison gang members? Do you think they should have been separated (why or why not)?

    Answer:

    **The major concern was fighting between two rival gangs. Non-gang members were neutral.**

11. Do you know of any regular inmates that were victimized when housed with separated prison gang members (describe).

    Answer:

    **All inmates have the potential to victimize other inmates. This type of victimization is not limited to gang members. Inmates routinely threaten, hit and steal from each other (and the staff).**

3

181722_1.DOC

12. What are the policies or practices concerning the housing of a regular inmate with separated prison gangs?

    Answer:

    **It is done routinely.**

13. How many regular inmates (non-gang) requested protective custody for the last 5 years because they were beaten, threatened, or extorted by separated prison gang members. (some – a lot – plenty – a whole lot)?

    Answer:

    **Some. More request Protective Custody due to general problems with any type of inmate.**

14. How many Grievances for the last 5 years did you receive or know of that complained of prison gang members threatening, extorting, or assaulting inmates (some – a lot – plenty – a whole lot)?

    Answer:

    **Grievance Officer has grievances. I would say I have answered some grievances.**

15. Does the separation of rival prison gang members exist in both Medium and High Security Facilities? Who authorizes? This when and how long did this exist?

    Answer:

    **COR.08.45 was effective 07-20-04. Gang intelligence gathers data, keeps records and makes housing recommendations.**

4

181722_1.DOC

16. Who do you know of including yourself if involved specifically authorized, allowed, approved of the practice of separating rival prison gangs and then housing a regular inmate in with them. When did you come to know this?

    Answer:

    **The process of separating rival gang members began with security. I believe Captain John Martinez recommended this.**

19. When was the prison gang intelligence unit and task force created? What is there function? What do they accomplish? Who is in charge? And how many make up the task force?

    Answer:

20. Who's decision was it to create the gang task force intelligence unit. Why was it created or why do you think it was created, when was it created?

    Answer:

21. Are prison gangs a threat and danger to public order and safety (if Yes why if no why).

    Answer:

22. Are prison gangs a threat and danger to regular inmates (if Yes why if no why).

    Answer:

    **No more so than many other inmates.**

5

23. What kind of screening procedures and classification procedures were used to determine compatibility between regular inmates (non-gang members) and separated prison gang members that they were ordered to be housed with them.

    Answer:

    **Initially Close custody (gang and non-gang) inmates were housed together as were Medium and Minimum gang and non-gang members. At the present time gang affiliation supersedes custody level.**

24. Do you know of any abuses in the housing practice such as guards putting a regular inmate or gang member in with separated prison gang members so he will be beaten (names need not be mentioned but may be) describe as best you can.

    Answer:

    **Absolutely not.**

25. What is the nature and character of prison gangs? What is there purpose, goals, agenda?

    Answer:

24. Do you know what the right to safe custody policy says. What do you think it means.

    Answer:

    **Staff are required to attempt to protect inmates from each other if they are aware of a specific complaint. This is done through the establishment of a Protective Custody Unit, a separatee list and Administrative Segregation.**

6

181722_1.DOC

25. Are you aware that you have a duty to protect prisoners from a foreseeable harm. Explain what your understanding of this is?

    Answer:

    **Refer to question 24 response.**

26. Are prison gangs dangerous and who are they a danger to? Please describe.

    Answer:

    **All inmates have the potential to be dangerous. Prison gangs normally fight with rival gangs over the control of drugs, stolen property, prostitution, gambling and various other types of fraud.**

27. Are prison gangs a threat to prison security? If Yes why? If no why?

    Answer:

    **Yes. They attempt to control the above activities as they occur in the prison setting.**

28. Do you think that housing a regular inmate (non-gang) with 15 separated prison gang members is dangerous to that regular inmate? If Yes why? If no why?

    Answer:

    **Not necessarily.**

29. [missing]

181722_1.DOC

30. How many inmates have been injured in gang violence that you know of? Are there any specific incidents that come to mind.

Answer:

**I cannot answer this without an extensive file review of records no longer in my facility. We have fights, threats and assaults in our units every month. Some are gang related. Prison is a dangerous place due to a large percentage of convicted felons being housed together. Many have records of violence.**