Anthony NESBIT & William J. Kotis
T.Clerk
295 Hwy 49 South
Tutwiler, MS 38963
Plaintiffs pro se

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 0 1 2006

at ___ o'clock and 3 min. ___ M
SUE BEITIA, CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANTHONY NESBIT,<br><br>    Plaintiff,<br><br>vs.<br><br>DEPARTMENT OF PUBLIC SAFETY, STATE OF HAWAI`I, et. al.<br><br>    Defendants. | CIVIL NO. 03-00455 SOM-KSC (Consolidated)<br><br>*Plaintiffs Motion to Reactivate their Motion in Limine and to reactivate their Motion for Plaintiffs First Disclosure of Witnesses to be Supboena for Hearings and trial previously filed April 28, 2004* |
| WILLIAM KOTIS,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE OF HAWAII DEPT. OF PUBLIC SAFETY, et. al.<br><br>    Defendants. | CIVIL NO. 04-00167 SOM-KSC (Consolidated) |

Comes now Plaintiffs Anthony Nesbit and William Kotis pro se and informa pauperis to ask and Request that the Honorable Court reactivate their Motion in limine and accept their First Disclosure of Witness to be Supboena for trial, these two Legal documents were previously filed with the District Court, Plaintiff will be calling witnesses to testifie at trial those Witnesses are Listed in Plaintiffs previous Motion filed April 28, 2004.


Respectfully Submitted

Date April 27th 2006                   Anthony Nesbit
                                       Anthony Nesbit plaintiff pro se