Anthony Nesbit
Tallahatchie Corrections
P.O. Box 388
Tutwiler, MS 38963
Plaintiff pro se

In the United States District Court
for the District of Hawaii

| | |
|---|---|
| Anthony Nesbit<br>Plaintiff<br>vs.<br>Dept of Public Safety<br>State of Hawaii et al,<br>Defendants | Civil No. 03-00455 SOM-KSC<br>Consolidated<br><br>Certificate of Service |
| William Kotis<br>Plaintiff<br>vs.<br>Dept of Public Safety<br>State of Hawaii et al,<br>Defendants | Civil No. 04-00167 SOM-KSC<br>Consolidated |

Certificate of Service

I hereby Certify that a true and Correct Copy of the foregoing document was duly served by Mail on the following at his last known address via postage pre paid.

John M. Cregor Jr.
Deputy Attorney General
425 Queen Street
Honolulu, Hawaii
Attorney for Defendants

Dated, April 27th 2006

Anthony Nesbit
Plaintiff pro se