Anthony Nesbit
TALLAHATCHIE COUNTY CORRECTIONAL FACILITY
295 US Highway 49 South
Tutwiler, MS 38963-6900 (Plaintiff, Appellant pro se)

ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 17 2006

at 2 o'clock and 19 min. __M
SUE BEITIA, CLERK

| | |
|---|---|
| ANTHONY N., <br><br> Plaintiff, Appellant <br><br> vs. <br><br> STATE OF HAWAII DEPARTMENT OF PUBLIC SAFETY, JAMES PROPOTNICK, FRANK LOPEZ, EDWIN SHIMODA, NOLAN ESPINDA, ERIC TANAKA, RANDY ASHER, SAIA FINAU, CINDA SANDIN, MONICA LORTZ, CHERYL ZEMBIK, LYLE KANOA, G. SHERIDAN, DAVID APAO, STATE OF HAWAII ATTORNEY GENERAL, STATE OF HAWAII DEPARTMENT OF ACCOUNTING AND GENERAL SERVICES and DOE DEFENDANTS 1-10, <br><br> Defendants. | CIVIL NO: 03-00455 SOM-KSC <br><br> Plaintiff's Anthony Nesbit's Civil No. 03-00455 SOM-KSC <br><br> Notice of Appeal and Appeals the Final Judgement in Civ. No. 03-00455 and all other final Judgements in this Civil action, and appeals the Grantings of Summary Judgement for Defendants |

Comes Now -

Plaintiff Anthony Nesbit pro se and in forma pauperis to give Notice of Appeal and appeals all final Judgements in Civ. No. 03-00455 and the Grantings of Summary Judgements to Defendants in Civ No. 03-00455

Respectfully Submitted

Anthony Nesbit

Anthony Nesbit
Plaintiff/Appellant pro se

July 10th 2006

Anthony Nesbit
TALLAHATCHIE COUNTY CORRECTIONAL FACILITY
#A0701329
295 US Highway 49 South
Tutwiler, MS 38963-6900

*Plaintiff/Appellant pro se*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANTHONY N., | CIVIL NO: 03-00455 SOM-KSC |
| Plaintiff, *Appellant* | CERTIFICATE OF SERVICE |
| vs. | *Notice of Appeal* |
| STATE OF HAWAII DEPARTMENT OF PUBLIC SAFETY, JAMES PROPOTNICK, FRANK LOPEZ, EDWIN SHIMODA, NOLAN ESPINDA, ERIC TANAKA, RANDY ASHER, SAIA FINAU, CINDA SANDIN, MONICA LORTZ, CHERYL ZEMBIK, LYLE KANOA, G. SHERIDAN, DAVID APAO, STATE OF HAWAII ATTORNEY GENERAL, STATE OF HAWAII DEPARTMENT OF ACCOUNTING AND GENERAL SERVICES and DOE DEFENDANTS 1-10, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that *on July 10, 2006 a copy of* foregoing documents was served on the counsel for the above-identified party(ies) at their last known address via U.S. Mail, postage prepaid as follows:

*John M. Cregor Jr.*
STATE OF HAWAII
**DEPARTMENT OF THE ATTORNEY GENERAL**
425 QUEEN STREET
HONOLULU, HAWAII 96813-2903

*Attorneys for Defendants*

*Respectfully*

*Anthony Nesbit*
Anthony Nesbit
*Plaintiff, Appellant pro se*






Anthony Nesbit
C.F. E-1
Parchman, MS 38763

air mail

Rush

United States District Court
300 Ala Moana Blvd
Honolulu, Hawaii
96850-0338

air mail