AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

**AMENDED JUDGMENT IN A CIVIL CASE**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

July 31, 2006

At 4 o'clock and 00 min p.m.
SUE BEITIA, CLERK

**ANTHONY NESBIT**              Case:   CV 03-00455SOM-KSC
    Plaintiff(s),

    V.

DEPARTMENT OF PUBLIC SAFETY,
STATE OF HAWAII, et al.
    Defendant(s).

**WILLIAM J. KOTIS**            Case:   CV 04-00167SOM-KSC
    Plaintiff(s),

    V.

DEPARTMENT OF PUBLIC SAFETY,
STATE OF HAWAII, et al.
    Defendant(s).

**Case:   CV 03-00455SOM-KSC:**
IT IS ORDERED AND ADJUDGED that judgment be entered in favor of Defendants and against Plaintiff pursuant to the "Order Granting in Part and Denying in Part Defendants' Motion for Summary Judgment" filed May 2, 2006 issued by District Judge Susan O. Mollway.

**Case:   CV 04-00167SOM-KSC:**
The Court having granted Defendant's Motion for Summary Judgment pursuant to the "Order Granting in Part and Denying in Part Defendants' Motion for Summary Judgment" filed May 2, 2006 by District Judge Susan O. Mollway, and this action having come before the Court for a trial by Jury, and the Defense, having then moved the Court for Judgment as a Matter of Law, and the Court, having then granted said motion, IT IS ORDERED AND ADJUDGED that JUDGMENT is entered in favor of the Defendant Cheryl Zembik and against Plaintiff William J. Kotis.

_____July 31, 2006_____                SUE BEITIA
Date                                        Clerk
                                           _____
                                           (By) Deputy Clerk