NAME: William Kotis 92246-022
NUMBER: 92246-022 #018228
FDC HONOLULU
P.O. BOX 30080
HONOLULU, HI 96820

S.H.U.

Legal Mail    Confidential

In the United States District
for the District of Hawaii
Honorable S. Oki - Mollway
300 Ala Moana Blvd. C-338
Honolulu, HI
96850-0338

UNITED STATES POSTAGE
$ 00.39⁰
02 1A
000462 61 67          AUG 01 2006
MAILED FROM ZIP CODE 38963
PITNEY BOWES

funds

96850#0338

Confidential    Legal Mail