Anthony Nesbit & William Kotis
T.C.C.F. - 295 Hwy 49 South
Tutwiler, MS 38963

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
AUG 07 2006
at 2 o'clock and ____ min. ___ M
SUE BEITIA, CLERK

# In the United States District Court
## For the District of Hawaii

| | |
|---|---|
| Anthony Nesbit<br>William J. Kotis<br>Plaintiffs - Appellants<br><br>vs.<br><br>State of Hawaii Dept of Public Safety, James Propotnick, Frank Lopez, Edwin Shimoda, Nolan Espinda, Eric Tanaka, Randy Asher, Saia Finau, Cinda Sandin, Monica Lortz, Cheryl Zambik, Lyle Kanoa, G. Sheridan, David Apao, State of Hawaii Dept of Accounting and General Services and Doe Defendants 1-10,<br>Defendants | Civ No. 03-00455<br>Civ No. 04-00167<br>SOM-KSC<br>Consolidated<br><br>Plaintiffs-Appellants<br><br>Notice of Appeal of the Final Judgements in Consolidated Civil Complaint<br>Civ No. 03-00455 and<br>Civ No. 04-00167 |

Comes Now Anthony Nesbit and William J. Kotis to give Notice of Appeal of the Final Judgements in their Consolidated Civil Complaints. Joint appeal is requested by pro se appellants.

Plaintiffs-Appellants are pro se and in forma pauperis and wish to use the same arguments and pleadings contained in their legal pleadings, evidence and documents already presented to the Honorable District Court, that brought this Civil Complaints.

Date July 31st 2006        Respectfully Submitted

William J. Kotis            Anthony Nesbit
Plaintiff - Appellant       Anthony Nesbit
                            Plaintiff - Appellant

Anthony Nesbit & William Kotis
T.C.C.F.    E-1
295 Hwy 49 South
Tutwiler, MS 38963
Plaintiffs pro se

## In the United States District Court
### For the District of Hawaii

| | |
|---|---|
| Anthony Nesbit<br>Plaintiff<br>vs.<br>Dept of Public Safety<br>State of Hawaii et al.<br>Defendants | Civ. No. 03-00455 SOM-KSC<br>Consolidated<br><br>Certificate of Service |
| William J. Kotis<br>Plaintiff<br>vs.<br>Dept of Public Safety<br>State of Hawaii et al.<br>Defendants | Civ. No. 04-00167 DAE-LEK<br>Consolidated |

## Certificate of Service

The Undersigned hereby Certifies that a true and correct copy of the foregoing document was served on the following at his/her last known address via U.S. Mail, postage prepaid as follows.

Department of Attorney General
John M Cregor Jr.
425 Queen Street
Honolulu, Hawaii
Attorney for Defendants

Date July 31st 2006

Anthony Nesbit
Plaintiff pro se
Anthony Nesbit