# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I.  **SHORT CASE TITLE:** ANTHONY N. vs. STATE OF HAWAII, ET AL.,

   **U.S. COURT OF APPEALS DOCKET NUMBER:** 06-16428

   **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

   **U.S. DISTRICT COURT DOCKET NUMBER:** CIVIL NO. 03-00455SOM-KSC

II  **DATE NOTICE OF APPEAL FILED:** 07/17/06

III  **U.S. COURT OF APPEALS PAYMENT STATUS:** IFP granted 09/22/03

   **DOCKET FEE PAID ON:**            **AMOUNT:**

   **NOT PAID YET:**                  **BILLED:**

   **U.S. GOVERNMENT APPEAL:**        **FEE WAIVED:**

   **WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?**

   **IF YES, SHOW DATE:**             **& ATTACH COPY OF ORDER/CJA**

   **WAS F.P. STATUS REVOKED:**       **DATE:**

   **WAS F.P. STATUS LIMITED IN SOME FASHION?**

   **IF YES, EXPLAIN:**

   *FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII*
   *AUG 11 2006*
   *at 10 o'clock and 18 min. A M*
   *SUE BEITIA, CLERK*

IV  **COMPANION CASES, IF ANY:**

V.  **COMPLETED IN THE U.S. DISTRICT COURT BY:**

   Laila M. Geronimo

---

AMENDED NOTIFICATION _____ PAID _____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)