UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 31, 2006

at 2 o'clock and 30 min. PM
SUE BEITIA, CLERK

| | |
|---|---|
| ANTHONY NESBIT,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>DEPARTMENT OF PUBLIC SAFETY,<br>STATE OF HAWAII; et al.,<br><br>Defendants - Appellees. | No.  06-16428<br>D.C. No.  CV-03-00455-SOM<br><br>**ORDER** |

This appeal has been taken in good faith   [X]

This appeal is not taken in good faith      [ ]

Explanation: _____

_____

_____

_____

_____
Judge
United States District Court

Date:  8/31/06