# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I.     **SHORT CASE TITLE:**     ANTHONY NESBIT, ET AL., vs. STATE OF HAWAII, DEPT. OF PUBLIC SAFETY, ET AL.,

**U.S. COURT OF APPEALS DOCKET NUMBER:** 06-16623

**U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

**U.S. DISTRICT COURT DOCKET NUMBER:** CIVIL NO. 03-00455SOM-KSC & CIVIL NO. 04-00167SOM-KSC (CONSOLIDATED)

II     **DATE NOTICE OF APPEAL FILED:**     August 7, 2006

RECEIVED
CLERK U.S. DISTRICT COURT
SEP 11 2006
DISTRICT OF HAWAII

III     **U.S. COURT OF APPEALS PAYMENT STATUS:**

DOCKET FEE PAID ON:     AMOUNT:

NOT PAID YET:     BILLED:

U.S. GOVERNMENT APPEAL:     FEE WAIVED:

WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?

IF YES, SHOW DATE:     & ATTACH COPY OF ORDER/CJA

WAS F.P. STATUS REVOKED:     DATE:

WAS F.P. STATUS LIMITED IN SOME FASHION?

IF YES, EXPLAIN:

IV     COMPANION CASES, IF ANY:

V.     **COMPLETED IN THE U.S. DISTRICT COURT BY:**

Laila M. Geronimo

---

AMENDED NOTIFICATION _____ PAID _____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)