UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 1 9 2006

at /0 o'clock and 20 min. 4 M
SUE BEITIA, CLERK

| | |
|---|---|
| ANTHONY NESBIT; et al.,<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>DEPARTMENT OF PUBLIC SAFETY, STATE OF HAWAII; et al.,<br><br>Defendants - Appellees. | No. 06-16623<br>D.C. No. CV-03-00455-SOM<br>04-00167-SOM<br><br><br><br>ORDER |

This appeal has been taken in good faith    [X]

This appeal is not taken in good faith    [ ]

Explanation: _____

_____

_____

_____

_____
Judge
United States District Court

Date: 9/18/06