Anthony Kessian [illegible]
Tallahatchie Correctional Center
295 Hwy 49 South
Tutwiler, MS 38263

RECEIVED
CLERK, U.S. DISTRICT COURT
CORRESPONDENCE
MAR 12 2007
DISTRICT OF HAWAII
Civ 03-455
Civ 04-161
11:30 AM 3/5/07

TO: Honorable Susan Oki Mollway

Concerning your letter dated Feb 16, 2007.

Thank you for information concerning the ruling/decision in Aholelei v. State of Hawaii.

Your understanding of "Anticipated" "decision" in the Aholelei case is incorrect I never anticipated this as a matter of fact I didn't know Aholelei appealed.

I have also recieved a motion to extend stay of appeal pending resolution of appeal in the Aholelei case from the Attorney General of Hawaii, on this I am in opposition as in this motion the Attorney General describes the "primary question" in the appeals "is the ruling of Judge Mollway that a prisoner has no federal constitutional right not to be housed with members of a prison gang" and if this is what is to be considered again the description is wrong.

The correct description is Segragated Seperated and Concentrated Rival prison gang members and leaders belonging to a single gang who are not on lock down but able to roam the houseing area still functioning and acting as a prison gang and organization.

It is here in my motion in opposition to the stay to define certain issues this being one of them my motions in opposition to the stay is before the Honorable Appeals Court.

I believe that the inclusion of the words Segregated, Seperated, Concentrated, and Rival are important but not only important in the description of the gang members but more importantly it is True.

I am no Lawyer I don't even know if the 9th circuit will even consider the issues or clarification on the description of the "primary question" at this point it is important to both me and mr. Kotis that this True description be recognized hopefully by the 9th cir court of Appeals, because it is a significant issue in me and mr. Kotis's motion in opposition to stay.

I am thankful for your concern and opportunity to consider the information in your Feb 16th 2007 Letter.

Truly & Respectfully Yours

Anthony Nesbit
/s/ Anthony Nesbit

C.A. 06-16623

D.C. No. 03-00455 SOM-KSC
consolidated

March 5th 2007



Anthony Nesbit - #0701329
Tallahatchie County Correctional Facility
295 Hwy 49 South
Tutwiler, MS 38963

Honorable U.S Judge
Susan Oki Mollway

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850-0338

Legal Mail