United States Court of Appeals for the Ninth Circuit
Record Transmittal Form

Date: July 9, 2007

To: United States Court of Appeals       Attn:  (✓)  Civil
    For the Ninth Circuit
    Office of the Clerk                         ( )  Criminal
    95 Seventh Street
    San Francisco, California 94103             ( )  Judge

From: United States District Court
      300 Ala Moana Blvd, Room C-338
      Honolulu, Hawaii 96813

DC No:        CV 03-00455SOM          Appeal No:    06-16428
Short Title:  Nesbit v. Dept. Public Safety

Clerk's Files in     4      volumes  (✓) original  ( ) certified copy
Bulky docs          ___     volumes (folders)   docket #
Reporter's          ___     volumes  ( ) original  ( ) certified copy
Transcripts
Exhibits            ___     volumes  ( ) under seal
                    ___     boxes    ( ) under seal

Other:
-certified copy of docket sheet
-sealed document nos: 74, 79

Acknowledgment: _____    Date: _____

cc: counsel