



Anthony Nesbit
T.C.C.F. D-11
295 Hwy 49 South
Tutwiler, MS 38963

Legal Mail

U.S. District Court
for the District of Hawaii
300 Ala Moana Blvd  C-338
Honolulu, Hawaii
96850-0338

Attn: Sue Beitia
Court Clerk

MAILED FROM
TALLAHATCHIE COUNTY CORRECTIONAL FACILITY
NOT RESPONSIBLE FOR CONTENT