United States Court of Appeals for the Ninth Circuit
Record Transmittal Form

Date:   July 9, 2007

To:     United States Court of Appeals        Attn:  (✓)    Civil
        For the Ninth Circuit
        Office of the Clerk                          ( )     Criminal
        95 Seventh Street
        San Francisco, California 94103             ( )     Judge

From:   United States District Court
        300 Ala Moana Blvd. Room C-338
        Honolulu, Hawaii 96813

DC No:          CV 03-00455SOM          Appeal No:     06-16428

Short Title:    Nesbit v. Dept. Public Safety

RECEIVED
CLERK U.S. DISTRICT COURT
SEP 17 2007
1:20pm y
DISTRICT OF HAWAII

Clerk's Files in        4       volumes  (✓) original  ( ) certified copy

Bulky docs                      volumes (folders)  docket #

Reporter's                      volumes  ( ) original  ( ) certified copy
Transcripts

Exhibits                        volumes  ( ) under seal

                                boxes   ( ) under seal

Other:
-certified copy of docket sheet
-sealed document nos: 74, 79

Acknowledgment: _____    Date: 7/17/07

cc: counsel