United States District Court
For the District of Hawaii

                -Notice- 10/6/07
            Re: Change of Address for
            Civ No. 03-00455 Consolidated
            Civ No. 04-00157

Dear Court Clerk

(My new address is as follows)

**RECEIVED**
CLERK, U.S. DISTRICT COURT
OCT 15 2007
DISTRICT OF HAWAII

[
Legal Mail
Inmate Anthony Nesbit — A0701329
1250 E. Arica Rd.
Eloy, Arizona   85231

Note: this is my first chance to give Notice
I did not have access to my property until
today so now I could send a letter to the
Honorable Court.

        Thank You
          Sincerely

        Anthony Nesbit
          pro se

10/6/07

1250 E. Aria Rd
Eloy, Arizona 85231

Legal Mail

United States District Court
District of Hawaii
300 Ala Moana Blvd C-338
Honolulu, Hawaii
96850-0338