cc: PSA
    FIN

CORRESPONDENCE

Anthony Nesbit
Saguaro
1250 E Arica Rd
Eloy, AZ 85231

RECEIVED
CLERK U.S. DISTRICT COURT
FEB 04 2008
11:30 am
DISTRICT OF HAWAII

CV-03-00455

To:

The Honorable
Susan Oki Mollway

This letter is in regards to my fileing fee overpayments of $252.00. I have written twice to the Financial Dept at the US District Court in Hawaii with no response, each time I have written them and at there request I have provided proof of payment with what record and reciepts I could obtain for payment on CV-03-00455 as well as payment for CV-04-00157. I have done to the best of my ability to demonstrate and prove a overpayment of $252.00, which for an inmate is a considerable sum.

I've tryed to resolve this matter with the Financial Dept with no response concerning the record of proof I have sent them so I am appealing to you and pray for your assistance in this matter.

I am provideing here the record of payment and overpayments of reciepts and record. The payment in Question CV-03-00455 is recorded on the first page of reciepts (Account Balances & activity sheet) check # 11743 is the record of payment and check Number and date sent for fileing fee CV-03-00455. all other payments after this are over payments.

FEB 04 2008

page 2

also on that same page is proof of payment for 04-00157 Check No. 12726 and all other payments for this filing fee are overpayments after this. Filing fee for CV-03-00455 $150.00 sent Nov 5, 2003 Filing fee for CV-04-00157 $150.00 sent May 21, 2004 all other payment after these dates are over payments.

Now I've tryed to obtain the Actual Copy of the Checks sent for CV-03-00455 and CV-04-00157 and I've written to the Halawa Correctional Facility Business office and they will not respond to my request But I would Bet they would act if they were requested by the Honorable Court. Those Check No. are on the Balance & Activity sheet check No. 11743 for CV-03-00455 sent Nov 5, 2003.

I have also tryed to Obtain a Copy of the $150.00 Check sent 11/14/2007 for Filing fee payment from Saguaro Correctional Center and they also will not provide a Copy only a Receipt which is enclosed herein.

I am sorry to bother you with this and have tryed to do this through the Financial Dept at the U.S. Court in Hawaii however they do not respond.

Sincerely

Anthony Nesbit

1/26/08                    # A0701329

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD RM C 338
HONOLULU, HAWAII   96850

August 16, 2007

Anthony Nesbit
TCCF E-1
295 Hwy 49 South
Tutwiler MS 38963

Dear Mr. Nesbit:

According to our records, no payment has been made in Cv 03-455. If you have any receipts or proof, please let us know and we will correct the account. Thank you.

                                             Financial Department

Report Run: 11-Dec-2007 07:25

**STATE OF HAWAII - DEPARTMENT OF PUBLIC SAFETY**
**CORRECTIONS INFORMATION SYSTEM**
INMATE ACCOUNT BALANCES & ACTIVITY   From 01-NOV-2002 To 31-DEC-2007

Page 1 of 6

**A0701329    NESBIT, ANTHONY**    -No Unit-

**ACCOUNT: Frozen**

Transaction Details:

| Tran Type | Location | Line# | Date | Spendable | Restricted | Description | Ref No. | Chk No. | Spend Bal | Rest'd Bal |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Starting Balance: | | | | |
| AC | HCF | 578371 | 26-NOV-2002 | $4.50 | | tfr-glasses | | | $4.50 | |
| MP | HCF | 588800 | 13-DEC-2002 | -$4.50 | | DIR OF FIN/GLASSES | | 10291 | $0.00 | |
| AC | HCF | 758641 | 24-SEP-2003 | $7.44 | | TRANS FOR INFORMA PAUPERIS/CIV NO 03-00455-SOM-LEK | | | $7.44 | |
| AC | HCF | 758643 | 24-SEP-2003 | | $142.56 | TRANS FOR INFORMA PAUPERIS/CIV NO 03-00455 SOM-LEK | | | | $142.56 |
| I | HCF | 782660 | 05-NOV-2003 | -$150.00 | | APP FILING FEE (CIV NO 03-00455 SOM-KSC) | | 11743 | $0.00 | |
| AC | HCF | 819308 | 05-JAN-2004 | $4.50 | | glasses 12/19/03 | | | $4.50 | |
| MP | HCF | 824023 | 12-JAN-2004 | -$4.50 | | DOF/GLASSES 12/19/03 | | 12030 | $0.00 | |
| AC | HCF | 873776 | 06-APR-2004 | $150.00 | | INFORMA PAUPERIS (CIV NO 04-00157 SOM-BMK) | | | $150.00 | |
| I | HCF | 902925 | 21-MAY-2004 | -$150.00 | | FILING FEE/CIV NO 04-00157 SOM-BMK | | 12726 | $0.00 | |
| AC | HCF | 922867 | 25-JUN-2004 | $38.00 | | inf. paup fee | | | $38.00 | |
| TD | HCF | 932020 | 13-JUL-2004 | -$38.00 | | CLEAR BALANCE FROM OLD INSTITUTION | | | $0.00 | |
| TC | MSTC | 932021 | 13-JUL-2004 | $38.00 | | RESTORE BALANCE TO NEW INSTITUTION | | | $38.00 | |
| AD | MSTC | 1258360 | 27-FEB-2006 | -$38.00 | | IFP CIV 04-00157 SOM-BMK/PARTIAL FILING FEE | | 15577 | $0.00 | |
| | | | | | | Ending Balance: | | | $0.00 | $142.56 |

**ACCOUNT: General**

Transaction Details:

| Tran Type | Location | Line# | Date | Spendable | Restricted | Description | Ref No. | Chk No. | Spend Bal | Rest'd Bal |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Starting Balance: | | | $30.16 | |
| M | OCCC | 565260 | 12-NOV-2002 | -$3.00 | | M1 11/8/02 | | 152135 | $27.16 | |
| PO | OCCC | 575039 | 19-NOV-2002 | -$0.37 | | 11/19/02 | | 152215 | $26.79 | |
| TD | OCCC | 578317 | 26-NOV-2002 | -$26.79 | | CLEAR BALANCE FROM OLD INSTITUTION | | 152361 | $0.00 | |

Unauthorized access is prohibited by law.    Department of Public Safety - State of Hawaii

|            |    | March 4, 2004; certificate of service (bbb) (Entered: 05/07/2004) |
|------------|----|---|
| 05/07/2004 | 14 | defendant June Tavares' ANSWER to complaint [1-1] filed March 4, 2004; certificate of service (bbb) (Entered: 05/10/2004) |
| 05/12/2004 | 15 | defendant Kay Bauman's ANSWER to complaint [1-1] (filed March 4, 2004); demand for jury trial; certificate of service (bbb) (Entered: 05/13/2004) |
| 05/13/2004 | 16 | plaintiff Anthony Nesbit MOTION IN OPPOSITION to defendants motion to dismiss complaint; memorandum in support of motion in opposition of motion to dismiss complaint; declration of Anthony Nesbit; exhibits; attachments part 1 and part 2; certificate of service (cc: PSL and SOM) (bbb) (Entered: 05/13/2004) |
| 05/27/2004 |    | FILING FEE PAID in the amount of $ 150.00, receipt # 223103 (bbb) (Entered: 05/27/2004) |
| 06/28/2004 | 17 | NOTICE by plaintiff Anthony Nesbit of change of address: Tallahatchie County Correctional Center, P.O. Box 388; HD20A210, Tutwiler, MS 38963 (gs) (Entered: 06/29/2004) |
| 07/13/2004 | 18 | NOTICE by plaintiff Anthony Nesbit of change of address: Tallahatchi C.C.C., P.O. Box 388, Tutwiler, MS 38963 (gs) (Entered: 07/13/2004) |
| 08/09/2004 | 19 | MEMORANDUM by plaintiff Anthony Nesbit in support of complaint [1-1]; certificate of service (sealed) (Entered: 08/09/2004) |
| 08/23/2004 | 20 | DECLARATION of plaintiff Anthony Nesbit (bbb) (Entered: 08/26/2004) |
| 08/23/2004 | 21 | Defendant Kay Bauman's INITIAL DISCLOSURES; certificate of service (bbb) (Entered: 08/26/2004) |
| 08/23/2004 | 22 | defendant Kay Bauman's SCHEDULING CONFERENCE STATEMENT; certificate of service (bbb) (Entered: 08/26/2004) |
| 08/23/2004 | 23 | Defendants HCF Dental Department, John F. Peyton, Frank Lopez, Wesley Mun, June Tavares, Deborah Stampfle, Public Safety Department and James L. Propotnick's SCHEDULING (Settlement) CONFERENCE STATEMENT; certificate of service (bbb) (Entered: 08/26/2004) |
| 08/24/2004 |    | Docket Modification (Utility Event) re [24-3] ; Motion filing ddl set for 4/25/05 before Mag Judge Barry M. Kurren (bbb) (Entered: 01/07/2005) |
| 08/24/2004 | 24 | EO: 1. Jury trial on August 23, 2005 at 9:00 a.m. before SOM 2. Final Pretrial Conference on July 21, 2005 at 9:00 a.m. before BMK 3. Final Pretrial Conference before District Judge N/A 4. Final Pretrial Statement by July 14, 2005 5. File motions to Join/Add Parties/Amend Pleadings by February 15, 2005 6. File All Other Motions by April 25, 2005 8. Plaintiff's Non-Expert Witness Disclosures by December 14, 2004 9. Defendant's Non-Expert Witness Disclosure by December 21, 2004 11. Expert Witness Disclosure: a. Plaintiff(s): April 5, 2005 b. Defendant(s): May 3, 2005 12. Discovery Deadline by June 28, 2005 13. Settlement |

Receipt for Payment

# U.S. District Court - Hawaii

For Internal Use Only

Receipt   234070

Trans   138517

Received From:   **ANTHONY NESBIT**
Case Number:
Reference Number:   **CV 04-157**

|  | Check | 38.00 |
|---|---|---|
|  | Total | 38.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV PRISONER FILING | 5100PL | 1 | 38.00 |
|  | Total |  | 38.00 |
|  | Tend |  | 38.00 |
|  | Due |  | 0.00 |

*over-payment for CV 04-157*

03/02/2006 12:14:32 PM    Deputy Clerk:  jp/AG

*Posted.*

# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

For Internal Use Only

Receipt    239779

Trans      145985

Received From:  **ANTHONY NESBIT**

Case Number:

Reference Number:  CV 04-157

|  | Check | 34.10 |
|---|---|---|
|  | Total | 34.10 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV PRISONER FILING | 5100PL | 1 | 34.10 |

|  | Total | **34.10** |
|---|---|---|
|  | Tend | 34.10 |
|  | Due | 0.00 |

*over payment for 04-157*

06/08/2007 12:57:15 PM     Deputy Clerk: lg/VC

Tallahatchie County Correctional Facility

Date: 07/11/2007
Time: 09:28
Receipt#: 5304119
Officer Printing Receipt: MMCCOL

Name: NESBIT, ANTHONY
Booking#: 223090
    PCP#: 213598
Agency ID/CID: A0701329


Section: E
  Block: 02
   Cell: 211
    Bed: B

| Date/Time | Code | Amount |
|---|---|---|
| Description | Type | Check |

07/11/2007 09:27 WithDrawal     -30.29
UNITED STATES DISTRICT COURT
                OT
DLN#: CIV# 04-00157 SIN BMK

    Total All Transactions     -30.29
Beginning Balance: 151.41
   Ending Balance: 121.12

==============================
Inmate Signature Line


==============================
Officer Signature Line

*Handwritten: OVERpayment  CIV-04-00157*

# IN FORMA PAUPERIS APPLICATION FILING FEE

Name: Nesbit, Anthony
      (Last/First/M.I.):

SID: A0701329    Civil: 04-00157 SIN-BMK

Partial $ 38.00    Total: $ 150.00    Percent: 20%

| Date | Check # | Spendable | Restricted | Total | Balance | Comments |
|---|---|---|---|---|---|---|
| 02/27/06 | 15577 | $ 38.00 | | $ 38.00 | $ 112.00 | |
| 06/23/06 | 6733 | | | | $ 112.00 | Transferred MSTC |
| 06/01/07 | 6757 | $ 34.10 | | $ 34.10 | $ 77.90 | |
| 07/11/07 | | $ 30.29 | | $ 30.29 | $ 47.61 | |
| | | | | | | |

**SAGUARO CORRECTIONAL CENTER**

Print Date: 12/8/2007
Print Time: 8:39:38AM

## ACCOUNT STATEMENT from 11/9/2007 to 12/7/2007

**NESBIT, ANTHONY**
Agency #: A0701329
CCA #: 213598
HOUSING LOCATION: J/B/16/U

| Account 1: | $ | 92.28 |
|---|---|---|
| Escrow Account: | $ | 10.93 |
| Cost Recovery Owed: | $ | 0.00 |

Current Balance Information

### Account 1 Transactions

| Transaction Date | From | Transaction Code | | Amount | Balance | Note |
|---|---|---|---|---|---|---|
| BALANCE AT BEGINNING OF DATE RANGE - | | | | | 1.28 | |
| 11/09/2007 | WACHOVIA INTERFACE - AUTO ENTE | WI | Deposit | 75.00 | 76.28 | ROBERT NISBET |
| 11/13/2007 | COMMISSARY PURCHASE | CO | Withdrawal | -20.94 | 55.34 | COMMISSARY SUMMARY POSTING |
| 11/14/2007 | WACHOVIA INTERFACE - AUTO ENTE | WI | Deposit | 150.00 | 205.34 | DAVID NISBET |
| 11/16/2007 | SEND MONIES OUT | MO | Withdrawal | -150.00 | 55.34 | The Clerk of The Court |
| 11/18/2007 | COMMISSARY PURCHASE | CO | Withdrawal | -6.42 | 48.92 | COMMISSARY SUMMARY POSTING |
| 11/26/2007 | COMMISSARY PURCHASE | CO | Withdrawal | -5.39 | 43.53 | COMMISSARY SUMMARY POSTING |
| 12/03/2007 | COMMISSARY PURCHASE | CO | Withdrawal | -26.25 | 17.28 | COMMISSARY SUMMARY POSTING |
| 12/07/2007 | WACHOVIA INTERFACE - AUTO ENTE | WI | Deposit | 75.00 | 92.28 | ROBERT NISBET |
| **SUMMARY OF TRANSACTIONS** | | | | **91.00** | | |
| | | | | | 92.28 | Ending Balance |

*[handwritten note:] over payment for CIV No. 03-00455 →*

Saguaro Correctional Center

Date:01/04/2008
Time:13:49
Receipt#:6529168

Anthony Nesbit
Saguaro
1250 E Arica Rd
Eloy, AZ 85231

NESBIT      ,ANTHONY
Booking#:1038723
    PCP#:213598
Agency ID/CID:A0701329

Section:J
  Block:B
  Cell:16
  Bed:U

Date/Time      Code       Amount
------------------------------------
Description    Type       Check
------------------------------------
11/16/2007 10:57 Withdrawal   -150.00
The Clerk of The Court
         MO       905000158
DLN#:
Balance Before Transaction:   205.34
       Ending Balance:   55.34

*over payment for CIV-NO 03-00455*

================================
Inmate Signature Line


================================
Officer Signature Line