Anthony Habit # 40203-39
Sequoro Correctional Center
1250 E. Arica Rd.
ELoy, AZ  85231

Legal Mail

Atta: Court Clerk

United States District Court
District of Hawaii
Honorable Elli Mollway
US District Judge
300 Ala Moana Blvd.  C338
Honolulu, Hawaii

96850-0338

PHX P& DC AZ 850
28. January 2008

Legal Mail

RECEIVED
CLERK U.S. DISTRICT COURT

FEB 04 2008
11:36 am
DISTRICT OF HAWAII

USA