# Court Copy

Receipt for Payment
## U.S. District Court - Hawaii

*For Internal Use Only*

| Receipt | 219336 |
|---|---|
| Trans | 122889 |

Received From: **ANTHONY N. NESBIT**
Case Number:
Reference Number: CV 03-455

|  | Check | 150.00 |
|---|---|---|
|  | Total | 150.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV PRISONER FILING | 5100PL | 1 | 150.00 |
|  | **Total** | | **150.00** |
|  | Tend | | 150.00 |
|  | Due | | 0.00 |

11/13/2003 03:40:53 PM      Deputy Clerk: verna/DT