# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA   
CLERK

TEL (808) 541-1300   
FAX (808) 541-1303

February 8, 2008

Mr. Anthony Nesbit   
AO701329   
Saguaro Correction Center   
1250 E Arica Rd   
Elroy AZ 85231

        In re: Civil No. 03-455    Nesbit v Dept of Public Safety, etc., et al.   
                Civil No. 04-157    Nesbit v HCF Dental Dept, etc., et al.

Dear Mr. Nesbit:

      This letter is in response to your inquiry regarding the status of your filing fees in the above-entitled cases.

      After checking our financial records and the 9th Circuit Court of Appeals:

      Please be advised that in Civil No. 03-455 your filing fee of $150.00 has been paid in full. Your two appeal fees of $455.00 each, totalling $910.00 are still outstanding.

      Please be advised that in Civil No. 04-157 your filing fee of $150.00 has been paid in full. Overpayments of $119.16 made by you in this case has been applied to the appeal fee of $255.00, leaving a balance of $135.84 still outstanding.

                                                Sincerely,

                                               Sue Beitia, Clerk

                                      By *[signature]*   
                                         Leimomi Calderon,   
                                         Financial Administsator

cc:    Judge Susan Oki Mollway   
        Ms. Denise Pennick