CLERK U.S. DISTRICT COURT
APR 29 2008
DISTRICT OF HAWAII

OC-KSC
SAHM

William Kotis A0182281
C.C.A. Saguaro
1250 East Arica Road
Eloy, AZ    85231

Dear Judge, Magistrate or Clerk,

    Today is April 22, 2008. This is the inquiry into the status of both my cases, with the Federal District Court of the District of Hawaii. I would continue to patiently wait but after recently hearing from the Federal Public Defender that you only have my civil complaint listed I humbly request an explanation.

    I have a civil and a criminal appeal with your Courts and with both cases I am being ignored. Is it because of the way I came across in my appeal and during trial as being demanding and too forceful. Am I also being brushed off because of my disability and because you all think I'm mentally ill when I'm not and that I should be treated less fairly than other American citizens? Please answer to that?

    Anthony Nesbit recieves the status of our civil complaint regularly. You send him all the required papers and copies yet entirely leave me out. I've recieved nothing from your Court ever since I filed my criminal appeal and had my civil complaint dismissed in your Federal District Court. Right after this during that very same summer of 2006 we appeal to San Francisco's 9th Circuit Court of Appeals, but your Court completely ignores me as if I were trash and less than human.

    For God's sake it's been 15½ years and I still do not have my trial transcripts, Grand Jury Indictment, Police Reports, Discovery material and evidence and/or access to the evidence in my horrific and terrible criminal tragedy case of CR. no. #92-2780. Why am I being entirely denied due process of the Law and equal protection of the laws of both Constitutions state and Federal.

PAGE 1

How come all the Courts do not respond and give me all my case materials and keep denying me due process, equal-protection and every single one of my other rights under the Constitutions of both United States of America and state of Hawaii.

Please be so kind and send me a computerized-index log of all my mail to as well as from the Federal District Court of the District of Hawaii.

Your concern, assistance and time in this matter is needed and much appreciated.

Eloy, Arizona

April 22, 2008

Respectfully submitted,

William Kotis, pro-se

*William Kotis*