

William Kotis A0182281
Saguaro Correctional Center
1250 East Arica Road
Eloy, AZ    85231

PHOENIX AZ 850
25 APR 08 PM 8 K

Prince Kuhio Federal Building
chief Clerk of the District Court
of the District of Hawaii
300 Ala Moana Blvd.
Honolulu, Hawaii
96850

Legal mail confidential